| Fill in this information to identify the case: |
| --- |
| Debtor name **1925 N BRUNSWICK LLC** |
| United States Bankruptcy Court for the: Eastern District of New York |
| Case number (if known) **26-43382** |

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.

   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**  $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. _____ | _____ | ___ ___ ___ ___ | $ _____ |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $ _____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____   $ _____

   4.2. _____   $ _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ 0.00

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.

   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

Debtor    1925 N BRUNSWICK LLC
_____
Name

Case number *(if known)* 26-43382 _____

Description, including name of holder of deposit

7.1. _____    $ _____

7.2. _____    $ _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____    $ _____

8.2. _____    $ _____

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$ 0.00 _____

---

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**
- [✔] No. Go to Part 4.
- [ ] Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less: _____ - _____ = .......... ➤    $ _____
          face amount                    doubtful or uncollectible accounts

11b. Over 90 days old: _____ - _____ = .......... ➤    $ _____
          face amount                    doubtful or uncollectible accounts

12. **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ _____

---

## Part 4: Investments

13. **Does the debtor own any investments?**
- [✔] No. Go to Part 5.
- [ ] Yes. Fill in the information below.

**Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $ _____

14.2. _____    _____    $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

15.1. _____    _____%    _____    $ _____

15.2. _____    _____%    _____    $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    $ _____

16.2. _____    _____    $ _____

Debtor      1925 N BRUNSWICK LLC
           _____
           Name                                                            Case number *(if known)* 26-43382

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$ 0.00

---

## Part 5:      Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. Raw materials**

_____   _____        $ _____      _____        $ _____
                            MM / DD / YYYY

**20. Work in progress**

_____   _____        $ _____      _____        $ _____
                            MM / DD / YYYY

**21. Finished goods, including goods held for resale**

_____   _____        $ _____      _____        $ _____
                            MM / DD / YYYY

**22. Other inventory or supplies**

_____   _____        $ _____      _____        $ _____
                            MM / DD / YYYY

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 0.00

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 6:      Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops—either planted or harvested**

_____        $ _____      _____        $ _____

**29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish

_____        $ _____      _____        $ _____

**30. Farm machinery and equipment**  (Other than titled motor vehicles)

_____        $ _____      _____        $ _____

Debtor    1925 N BRUNSWICK LLC
_____
Name                                                          Case number *(if known)* 26-43382 _____

**31. Farm and fishing supplies, chemicals, and feed**

_____  $ _____    _____  $ _____

**32. Other farming and fishing-related property not already listed in Part 6**

_____  $ _____    _____  $ _____

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

$ 0.00 _____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39. Office furniture**

_____  $ _____    _____  $ _____

**40. Office fixtures**

_____  $ _____    _____  $ _____

**41. Office equipment, including all computer equipment and communication systems equipment and software**

_____  $ _____    _____  $ _____

**42.  Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1. _____  $ _____    _____  $ _____

42.2. _____  $ _____    _____  $ _____

42.3. _____  $ _____    _____  $ _____

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

$ 0.00 _____

| Debtor | 1925 N BRUNSWICK LLC | Case number *(if known)* 26-43382 |
|---|---|---|
| | Name | |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

### Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1. _____ | $ _____ | _____ | $ _____ |
| 47.2. _____ | $ _____ | _____ | $ _____ |
| 47.3. _____ | $ _____ | _____ | $ _____ |
| 47.4. _____ | $ _____ | _____ | $ _____ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | | |
|---|---|---|---|---|
| 48.1. _____ | $ _____ | _____ | $ _____ |
| 48.2. _____ | $ _____ | _____ | $ _____ |

**49. Aircraft and accessories**

| | | | | |
|---|---|---|---|---|
| 49.1. _____ | $ _____ | _____ | $ _____ |
| 49.2. _____ | $ _____ | _____ | $ _____ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | | |
|---|---|---|---|---|
| 50.1. _____ | $ _____ | _____ | $ _____ |

**51. Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

$ 0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

### Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below

---

Debtor    1925 N BRUNSWICK LLC
          _____        Case number *(if known)* 26-43382
          Name                                     _____

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  Real Estate | Fee | $  1,800,000.00 | Comparables | $  1,800,000.00 |

**56. Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$  1,800,000.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **61. Internet domain names and websites** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **62. Licenses, franchises, and royalties** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **64. Other intangibles, or intellectual property** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **65. Goodwill** | | | |
| _____ | $ _____ | _____ | $ _____ |

**66. Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

$  0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

Debtor    1925 N BRUNSWICK LLC
_____
Name                                                                    Case number *(if known)* 26-43382 _____

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____  _____ - _____ = ➤  $ _____

Total face amount          doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $ _____

_____    Tax year _____    $ _____

_____    Tax year _____    $ _____

73. **Interests in insurance policies or annuities**

_____                           $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                           $ _____

Nature of claim        _____

Amount requested       $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                           $ _____

Nature of claim        _____

Amount requested       $ _____

76. **Trusts, equitable or future interests in property**

_____                           $ _____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, ncountry club membership

_____                           $ _____

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90

$ 0.00 _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 12:    Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

Debtor    1925 N BRUNSWICK LLC    Case number*(if known)* 26-43382
_____
Name

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..................................................................................... ➤ | | $ 1,800,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $ 0.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column.* ........................91a. | $ 0.00 | **+** 91b. $ 1,800,000.00 |
| 92. Total of all property on Schedule A/B. *Lines 91a + 91b = 92.* | 1,800,000.00 | $ 1,800,000.00 |

**Fill in this information to identify the case:**

Debtor name    1925 N BRUNSWICK LLC

United States Bankruptcy Court for the:  Eastern District of New York

Case number (if known):    26-43382

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | $ 707,000.00 | $ 1,800,000.00 |
| --- | --- | --- | --- |

EAST WILLI CAPITAL LLC

Real Estate

**Creditor's mailing address**
1820 AVENUE M
Brooklyn, NY 11230

**Creditor's email address, if known**

**Date debt was incurred** 08/14/2024

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**Describe the lien**
Statutory

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 707,000.00

**Fill in this information to identify the case:**

Debtor name    1925 N BRUNSWICK LLC

United States Bankruptcy Court for the:    Eastern District of New York

Case number (if known):    26-43382

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?**  (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | Total claim | Priority amount |
|---|---|---|

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2

|  | Amount of claim |
|---|---|

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. | Total claims from Part 2 | 5b. | $ 0.00 |
| 5c. | Total of Parts 1 and 2  Lines 5a + 5b = 5c. | 5c. | $ 0.00 |

**Fill in this information to identify the case:**

Debtor name   1925 N BRUNSWICK LLC

United States Bankruptcy Court for the:   Eastern District of New York

Case number (if known):  26-43382                                          Chapter        11

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on  *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | LEASE, Lessee |

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | LEASE, Lessee | RIVERVIEW COMPANIES NORTH JERSEY |
|---|---|---|---|

2.1  State what the contract or lease is
for and the nature of the debtor's
interest

    State the term remaining

    List the contract number of any
government contract

LEASE, Lessee

RIVERVIEW COMPANIES NORTH JERSEY
Name
500 WEST COMMERCIAL AVENUE
Street
Moonachie                                                          NJ   07074
City                                                                     State  Zip

**Fill in this information to identify the case:**

Debtor name  1925 N BRUNSWICK LLC

United States Bankruptcy Court for the:  Eastern District of New York

Case number (if known):    26-43382

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 ARON LANDAU | 5221 16TH AVE. <br> Street <br> 2B <br><br> Brooklyn         NY        11218 <br> City              State       ZIP Code | EAST WILLI CAPITAL LLC | ☑ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name ___1925 N BRUNSWICK LLC___

United States Bankruptcy Court for the: ___Eastern District of New York___

(State)

Case number (If known): ___26-43382___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ....................................................................................................................................

    $ ___1,800,000.00___

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...................................................................................................................................

    $ ___0.00___

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ....................................................................................................................................

    $ ___1,800,000.00___

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............................................

    $ ___707,000.00___

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*.....................................................................................

    $ ___0.00___

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ............................................................

    **+** $ ___0.00___

4. **Total liabilities**...................................................................................................................................................................
    Lines 2 + 3a + 3b

    $ ___707,000.00___

**Fill in this information to identify the case and this filing:**

Debtor Name      1925 N BRUNSWICK LLC

United States Bankruptcy Court for the:  Eastern District of New York

Case number (*If known*):      26-43382

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* ____

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/27/2026
             MM / DD / YYYY

✖ /s/ Solomon Poller
Signature of individual signing on behalf of debtor

Solomon Poller
Printed name

Manager
Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**