**United States Bankruptcy Court**

IN RE:                                                              Case No. 26-43382 _____

1925 N BRUNSWICK LLC
_____—————————————————————————————————————————_____ Chapter  11 _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| ARON LANDAU<br>5221 16TH AVENUE, Brooklyn, NY 11204 | 100 | Other |