UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

In re:                                               CASE NO. 26-43382-jmm

1925 N BRUNSWICK LLC

                                        CORPORATE
                                         DISCLOSURE
                                        STATEMENT PURSUANT
                                        TO FBR 1073-3

                    Debtor.

------------------------------------------------------------ X

Solomon Poller hereby declares pursuant to 28 U.S.C. 1746 as follows:

1.  I am the Manager of 1925 N Brunswick LLC and am personally familiar with the facts

    stated herein.

2.  There is no corporation or LLC that directly or indirectly owns 10% of any class of the

    Debtor's Equity Interests.

    Dated: July 27, 2026

                                        /s/ Joseph Poller

                                        JOSEPH POLLER