UNITED STATES BANKREUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:                                          Chapter 11

1925 N Brunswick LLC                            Case No. 26-43382 (JMM)

                         Debtor.        **APPEARANCE OF COUNSEL**
-----------------------------------------------------------------X

To: The clerk of the court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

East Willi Capital LLC (the "Creditor").  All notices upon the Creditor should be served at 1545

Route 202 Suite 101, Pomona, NY 10970.

Date: July 30, 2026

/s/ Ariel Bouskila
Ariel Bouskila
Berkovitch & Bouskila, PLLC
1545 Route 202 Suite 101
Pomona, NY 10970
(212) 729-1477 X301
ari@bblawpllc.com
