UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re:                                                          Chapter 11

1925 N. Brunswick, LLC                                          Case No. 26-43382-jmm

Debtors.

---------------------------------------------------------------x

## ORDER RELATING TO THE AUTOMATIC STAY

Upon the motion of Israel Schaya ("Movant" or "Schaya") for entry of an order: (i) that the automatic stay pursuant to 11 U.S.C. § 362 is not applicable to the pending Arbitration; or (ii) modifying the automatic stay pursuant to 11 U.S.C. § 362(d) and permit the pending Arbitration[1] to proceed (ECF Doc. No.8) (the "Motion"); and the Court having entered the Order Scheduling a Hearing on the Motion scheduling a hearing on an expedited basis (ECF Doc. No. 10); and good and sufficient notice of the Motion and the hearing having been provided in accordance with the Order Scheduling Hearing; and no further notice being necessary; and a hearing on the Motion having been held on July 29, 2026 (the "Hearing") at which Hearing Debtor's counsel appeared and requested an adjournment, it is

**ORDERED**, that the automatic stay imposed by 11 U.S.C. § 362(a) does not apply to the Arbitration to the extent that the Arbitrator is permitted in accordance with State Court remand Orders (NYSCEF Dckt. 462 and 474) to consider and determine the unresolved issues and issue a new award based on the existing record, and the Arbitrator may not schedule or conduct any additional hearings prior to the hearing of this motion; and it is further

**ORDERED**, that neither party may enter a judgment upon any award issued or made by the Arbitrator prior to the hearing and determination of the Motion; and

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**ORDERED,** that any objections to the relief requested in the Motion shall be served and filed on or before August 14, 2026 at 4:00 p.m.; and it is further

**ORDERED,** that a hearing on the Motion shall be held on September 23, 2026 at 2:30 p.m.

Dated: August 9, 2026
      Brooklyn, New York



_____
Jil Mazer-Marino
Chief United States Bankruptcy Judge