UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----X
In re:

1925 N BRUNSWICK LLC,

Debtor

-----X

Case No. 26-43382-jmm

**CHAPTER 11**

Hearing Date: October 14, 2026
Hearing Time: 11:00 A.M.

**NOTICE OF MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE PRIVATE SALE OF REAL PROPERTY PURSUANT TO 11 U.S.C. § 363(b), (II) AUTHORIZING THE DEBTOR TO ENTER INTO A DEFINITIVE PURCHASE AND SALE AGREEMENT WITH OPEN INDUSTRIAL ACQUISITIONS, OR ITS DESIGNEE, (III) AUTHORIZING THE SALE FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS PURSUANT TO 11 U.S.C. § 363(f), TO THE EXTENT APPLICABLE, AND (IV) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that 1925 N BRUNSWICK LLC, as debtor and debtor in possession in will move this Court, before the Hon. Jil Mazer-Marino, Chief U.S. Bankruptcy Judge, at the courthouse, 271-C Cadman Plaza East, Brooklyn, New York 11201, on the 14th day of October 2026, at 11:00 A.M., for entry of an order pursuant to sections 105(a), 363(b), 363(f), and 363(m) of title 11 of the United States Code (the "Bankruptcy Code"), and Rules 2002 and 6004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing and approving the sale of the Debtor's real property commonly known as 1925 4th Street, North Brunswick, New Jersey.

The Debtor seeks entry of an order:

1. Authorizing the Debtor, pursuant to section 363(b) of the Bankruptcy Code, to sell the Property by private sale to **Open Industrial Acquisitions**, or its permitted designee (the "Purchaser"), for the purchase price of **$1,800,000**;
2. Approving the proposed private sale transaction substantially on the terms set forth in the Letter of Intent between the Debtor and Purchaser;
3. Authorizing the Debtor to execute and deliver a definitive purchase and sale agreement and

all other agreements and documents necessary or appropriate to consummate the sale, provided that such definitive agreement is consistent in all material respects with the terms approved by the Court;

4. Authorizing the Debtor to execute and deliver any deed, affidavit, declaration, closing statement, title document, escrow agreement, transfer document, tax document or other instrument necessary or appropriate to close the transaction;
5. Authorizing, to the extent applicable, the sale of the Property free and clear of liens, claims, encumbrances and other interests pursuant to section 363(f) of the Bankruptcy Code;
6. Providing that any valid liens, claims, encumbrances or other interests that attach to the Property shall attach to the proceeds of the sale, to the same extent, validity, priority and enforceability as such interests existed immediately before the closing of the sale, subject to applicable law;
7. Finding, to the extent applicable, that the Purchaser is a good-faith purchaser within the meaning of section 363(m) of the Bankruptcy Code and is entitled to the protections afforded thereby;
8. Authorizing the Debtor to pay from the sale proceeds customary and reasonable closing costs and expenses incurred in connection with consummation of the sale; and
9. Granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, that answering affidavits, if any, to the relief requested, must be served upon and received by the undersigned, at his office at 2329 Nostrand Avenue, Suite 100, Brooklyn, New York 11210 and filed with the Clerk of the United States Bankruptcy Court for the Eastern District of New York at Conrad B. Duberstein Courthouse, 271-C Cadman Plaza East - Suite 1595, Brooklyn, NY 11201 no later than seven (7) days prior to the return date of this motion.

PLEASE TAKE FURTHER NOTICE that any appearance on the within application will be held via phone, videoconference, or in person. All parties are required to register for the hearing at least two days prior to the scheduled hearing by using the Court's ecourt Appearances Platform:

https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl. If for some reason you are not able to use the eCourt Appearances platform you must email the Courtroom Deputy at jmm_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing and state that a reasonable effort to use the platform has been made. You must include your name, the case number(s), who you represent if you are an attorney, and the date of the hearing. Your email must include in the Re line "I am not able to register using eCourt Appearances." You will then be provided with the dial in / log in information. If you do not have internet access you may call the courtroom deputy with this information. 347-394-1844.

Dated: September 16, 2026

/s/ Solomon Rosengarten
________________________________

SOLOMON ROSENGARTEN
Attorney for Debtor
2329 Nostrand Avenue
Brooklyn, New York 11210
718-627-4460
vokma@aol.com