EXHIBIT “A”

August 27, 2026

James McNerney
Silver Edge Real Estate
Via Email

**Re: Letter of Intent to acquire 1925 Fourth Street, North Brunswick, New Jersey 08902**

Dear James,

We are pleased to present the following Letter of Intent outlining the terms of a Purchase Agreement between Open Industrial Acquisitions, LLC or an assignee ("Purchaser") and 1925 N Brunswick LLC and/or its affiliates ("Seller") for the purchase of the Property referenced herein. It is acknowledged that final agreement is subject to a binding purchase and sale agreement ("Purchase Agreement"). The proposed terms are as follows:

| | |
|---|---|
| **Purchaser:** | Open Industrial Acquisitions, LLC and/or an entity to be formed/assignee(s). |
| **Seller:** | 1925 N Brunswick LLC, and/or its affiliates. |
| **Property:** | Approximately 0.85 acres of industrial land and approximately 1,600 square feet of improvements located at 1925 Fourth Street, North Brunswick, New Jersey 08902. |
| **Purchase Price:** | The total price to be paid for the Seller's Interest shall be one million, eight hundred thousand ($1,800,000). |
| **Good Faith Deposit:** | A refundable amount of thirty-five thousand ($35,000) will be deposited with escrow agent Fidelity National Title Insurance Company, whose address is 1620 L Street, N.W., 4th Floor, Washington, D.C. 20036-5605, Attn: Elizabeth Ussery (the "Title Company") within Five (5) business days after the execution of the Purchase Agreement. At the expiration of the Feasibility Period, the deposit will become nonrefundable subject to Seller's performance of the terms and conditions of the Purchase Agreement. All interest on said deposit shall accrue to the benefit of Purchaser and be applied against the Purchase Price at settlement. In the event Purchaser exercises its right to cancel and terminate the Purchase Agreement, as provided therein, the deposit along with any accumulated interest thereon will be paid to the Purchaser by the escrow agent and the Purchase Agreement will be of no further force and effect, except for these covenants that expressly survive termination. |

OPEN INDUSTRIAL

**Title:** At Settlement, Seller shall convey to Purchaser the fee simple title to the Property free and clear of all liens and encumbrances, except for permitted exceptions to be defined in the Purchase Agreement.

**Feasibility Period:** Purchaser shall have a Sixty (60) day study period beginning on the later of receipt of all Due Diligence Materials or the date the Purchase Agreement is executed to inspect the Property and all documents related to the Property and to complete such studies as Purchaser deems necessary. At any time prior to the expiration of the Feasibility Period, Purchaser may, in its sole discretion, terminate the Purchase Agreement.

**Settlement:** Settlement shall occur within Thirty (30) days following the expiration of the Feasibility Period.

**Weekends and Holidays:** In the event any deadline or time-period described in Feasibility Period or Settlement above shall fall on a Saturday, Sunday, or holiday, said deadline shall be automatically extended until the next business day.

**Environmental:** Purchaser's obligations under this Agreement are contingent upon Purchaser first receiving satisfactory reports and related documents regarding the environmental conditions directly and/or indirectly affecting the Property. The satisfactory nature of any such report shall be determined in the sole discretion of Purchaser. In the event Purchaser determines that the reports are not satisfactory, Purchaser may provide notice to Seller, terminate the Purchase Agreement, and receive its Good Faith deposit back with all accrued interest.

**Due Diligence Materials:** Seller will make available to Purchaser all property information in its possession including, but not limited to, the leases for the Property, two years of historical revenue and reports, all third party reports, service contracts, warranties, notices from any governmental or permit authorities, building plans and/or specifications, maintenance and repair records, surveys, and any other documents that concern the Property and are in Seller's possession that are not proprietary in nature.

**Transaction Costs:** The parties will be responsible for paying their respective attorneys' fees. Purchaser shall pay all of its Due Diligence Costs. Seller and Purchaser shall bear responsibility for all closing costs, including but not limited to, transfer taxes and recording fees, policy premiums, and other closing fees in the customary manner in New Jersey.

OPEN INDUSTRIAL

| | |
|---|---|
| **Brokerage:** | Purchaser and Seller each warrant that no real estate broker or agent is involved other than James McNerney of Silver Edge Real Estate ("Buyer's Broker") and that the Buyer will pay Buyer's Broker at closing. |
| **Exclusivity:** | In consideration of Purchaser's offer to purchase the Property, Seller agrees not to negotiate or accept any other offers for the purchase thereof, from the date on which the Letter of Intent is fully executed until expiration or termination of the Feasibility Period contained in the Purchase Agreement. |
| **Non-Binding Interest:** | This Letter of Intent sets forth certain major business points and conditions of the proposed transaction and shall be non-binding, except with respect to Exclusivity, until execution of a Purchase Agreement. Any contract entered will contain such further terms and conditions as are mutually acceptable to the parties and their counsel. Upon full execution of this Letter of Intent, Seller and Purchaser shall negotiate, in good faith, a Purchase Agreement. |

Thank you for the opportunity to evaluate this property. If this Letter of Intent is acceptable, please indicate so by signing below and returning a copy to our attention by September 10, 2026. This Letter of Intent shall be deemed expired if not executed by this date. Purchaser shall provide to Seller a Purchase Agreement which incorporates the agreed upon terms and conditions outlined herein. In good faith, the parties shall endeavor to execute the Purchase Agreement.

We look forward to working with you toward a successful closing on this transaction.

Sincerely,

Michael McCaffrey
Director, Acquisitions

**AGREED TO AND ACCEPTED**

**SELLER:**

1925 N Brunswick LLC

By: ___________________________

Name: ________________________

Its: ___________________________

Date: _________________________

**PURCHASER:**

Open Industrial Acquisitions, LLC

By: ___________________________

Blake Potolicchio
Managing Partner, Open Industrial

Cc: Michael Rabin, Jared Okun