EXHIBIT “B”

# APPRAISAL REPORT



REPORT DATE: SEPTEMBER 8, 2026

## 1925 4th Street
## North Brunswick, NJ 08902

PREPARED FOR

Aron Landau
5221 16th Avenue, 2B
Brooklyn, NY

**HT Appraisal**
250 Pehle Avenue - Suite 112
Suite 112
Saddle Brook, NJ 07663

AUSTIN | BETHESDA | BOSTON | CHARLESTON | CHICAGO | FORT LAUDERDALE | FOXBOROUGH | JACKSONVILLE | MECHANICSBURG
MIAMI | MILWAUKEE | NEW YORK | OAK BROOK | PARK CITY | PHILADELPHIA | SADDLE BROOK | SHELTON | TAMPA | WASHINGTON D.C.

H&T ABOUT

## RESULTS-DRIVEN REAL ESTATE SERVICES

We offer detailed commercial property appraisals across various asset classes, including single-tenant net leases, retail centers, office, industrial, and multifamily properties to help lenders, investors, and property owners make informed real estate decisions.

In addition to asset-specific appraisals, we provide in-depth market studies to help our clients understand market, regional, national, and economic trends.

We provide feasibility studies for investors to help our clients understand the likelihood of a proposed project's success in various aspects, including ROI and cash flow analysis, risk assessments, community reaction, and environmental impact.

This expertise across several commercial real estate services enables our MAI designated appraisers to provide comprehensive valuation services for individual properties or portfolios of all sizes.

## DELIVERING UNMATCHED SERVICE & RESULTS

## *H&T AT A GLANCE*

*Our success is defined by the high level of value we provide to our clients and other industry professionals.*

VALUATION
CONSULTING
ADVISORY

19
OFFICES ACROSS THE US



## What We Do

We offer our expert real estate services for many use cases, including — but not limited to — investment real estate transactions, portfolio valuation, financial reporting, bankruptcy and foreclosure, litigation support, trusts & estates, and tax appeals. Leveraging the expertise of our MAI-certified appraisers, best-in-class technology, consistently updated market research, and efficient back-office processes, we provide our clients with the highest quality appraisals and services.

AUSTIN | BETHESDA | BOSTON | CHARLESTON | CHICAGO | FORT LAUDERDALE | FOXBOROUGH | JACKSONVILLE | MECHANICSBURG
MIAMI | MILWAUKEE | NEW YORK | OAK BROOK | PARK CITY | PHILADELPHIA | SADDLE BROOK | SHELTON | TAMPA | WASHINGTON D.C.

September 08, 2026

Aron Landau
5221 16th Avenue, 2B
Brooklyn, NY 11024

1925 4th Street
North Brunswick, NJ 08902

Dear ,

In accordance with your authorization, we have advanced an opinion of the Market value of the Leased Fee interest as is in the above referenced property.

The report is completed in compliance with:

FIRREA

USPAP

Code of Ethics and the Standards of Professional Practice of the Appraisal Institute

Furthermore, it is intended to meet the additional requirements of the intended users. No other party may rely on the findings in this report.

| VALUATION PREMISE | INTEREST | DATE | VALUE OPINION |
|---|---|---|---|
| **Market Value As Is** | Leased Fee | September 02, 2026 | $1,800,000 |

Based on recent market transactions, as well as discussions with market participants, a sale of the subject property at the above stated opinion of market value would have required a marketing and exposure time of 3-6 months preceding/following the effective date of this appraisal report.

We appreciate the opportunity to have performed this appraisal assignment on your behalf. If we may be of further service, please contact us.

**HTAppraisal**

Jon DiPietra

Jon DiPietra, MAI
Executive Vice President
Jdipietra@htappraisal.com
646-290-6877

# TABLE OF CONTENTS

Section 1: Introduction ........ 1
Section 2: Market Analysis ........ 9
Section 3: Asset Analysis ........ 14
Section 4: Appraisal Valuation Process ........ 29
Section 5: Sales Approach ........ 31
Section 6: Income Approach ........ 36
Section 7: Final Reconciliation ........ 47



# INTRODUCTION

## SECTION ONE

## SUMMARY OF SALIENT FACTS

| | |
|---|---|
| Property Name | 1925 4th Street |
| Address | 1925 4th Street North Brunswick, NJ 08902 |
| County | Middlesex |
| Property Type | Industrial |
| Parcel Number | 14-00165-0000-00003 |
| Census Tract No. | 0062.07 |
| Site Area | 35,022 SF |
| Zoning | ERR |
| Flood Map Number | 34023C0128F |
| Flood Map Date | July 06, 2010 |
| Flood Plain Designation | Unshaded Zone X |
| Year Built | 1970 |
| Year Renovated | N/A |
| Type of Construction | Masonry |
| Gross Building Area | 1,600 SF |
| Net Rentable Area | 1,600 SF |
| Occupancy | 100% |
| Overall Condition | Average |
| Overall Quality | Average |
| Overall Design/Functionality | Average |

| VALUE OPINIONS | | |
|---|---|---|
| | $ | PSF |
| Market Value As Is | $1,800,000 | $1,125 |

## SUBJECT PROPERTY - 1925 4TH STREET



## SCOPE OF WORK

| APPRAISAL INFORMATION | |
|---|---|
| Client | Aron Landau |
| Intended User(s) | Aron Landau |
| Intended Use | Financing |
| Property Rights Appraised | Leased Fee |
| Property Rights Definition | The ownership interest held by the lessor, which includes the right to receive the contract rent specified in the lease plus the reversionary right when the lease expires. |
| Purpose | Market Value As Is |
| Level of Reporting | Appraisal Report |
| Date of Inspection | September 02, 2026 |
| Date of Value As Is | September 02, 2026 |
| Marketing Time | 3-6 months |
| Exposure Time | 3-6 months |
| Owner of Record | 1925 N BRUNSWICK LLC |
| Most Probable Purchaser | Passive Investor |
| Value Appraised | Market value |
| Value Definition | The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently, knowledgeably, and assuming that the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:<br>1. Buyer and seller are typically motivated;<br>2. Both parties are well informed or well advised, and acting in what they consider their own best interests;<br>3. A reasonable time is allowed for exposure in the open market;<br>4. Payment is made in terms of cash in United States dollars or in terms of financial arrangements comparable thereto; and<br>5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale. |
| Source | https://www.ecfr.gov/current/title-12/chapter-I/part-34/subpart-C/section-34.42 |
| Competency | We are competent to credibly complete the scope. |

| SCOPE OF WORK | |
|---|---|
| Data Analyzed | Regional economic and demographic data and trends |
| | Broad real estate market analysis |
| | Market analysis of specific asset type |
| | Local economic and development trends |
| | Specific characteristics of site and improvements |
| | Analysis of competitive cost, sale, and income data |
| | Compared competitive market data to subject |
| | Advanced the following approaches: |
| | Sales |
| | Income |
| | Reconciliation of approaches applied |

| INSPECTION | |
|---|---|
| Inspection Date | September 02, 2026 |
| Inspector | Colin Coghlan |
| Areas Inspected | |
| Exterior | Exterior of the subject property |
| Interior | N/A |
| Units | N/A |

| DATA SOURCES | |
|---|---|
| Site Size | CoStar |
| Building Size | CoStar |
| Tax Data | Middlesex County |
| Zoning Information | Middlesex County |
| Flood Status | FEMA |
| Demographics Reports | CoStar |
| Construction Costs | Marshall and Swift |
| Comparables and Rents | CoStar and public sources |
| Operating Information | N/A |
| Title | Not Provided |
| Environmental Report | Not Provided |

| EXTRAORDINARY ASSUMPTIONS AND HYPOTHETICAL CONDITIONS | |
|---|---|
| Our opinion(s) of value are subject to these Extraordinary Assumptions and/or Hypothetical Conditions, which could affect assignment results: | |
| **Extraordinary Assumptions** | None |
| **Hypothetical Conditions** | None |

## PROPERTY HISTORY

| PURCHASE AND SALE AGREEMENT | |
|---|---|
| Sale Price | $1,800,000 |
| PSA Date | August 27, 2026 |
| Per SF | $1,125 |
| Grantor | 1925 N BRUNSWICK LLC |
| Grantee | Open Industry Acquisitions, LLC. |

**COMMENTS**

To the appraiser’s knowledge, the current contract is an arms length transaction, however market exposure time and the number of offers recieved was not known to the appraiser. The concluded “as is” value in the report is near the contract price and the contract is at market levels.

It should be noted, based on the photographs of the subject online and the pictures taken from the inspection, the subject appears to be have been renovated in the past 12 months. However, the appraiser was not provided with a renovation budget and scope of work from the owner. However, we are assuming that some level renovation has taken place. This factor is largely the difference between the sales price in 2024 versus the concluded value in the report.

| PRIOR SALE | |
|---|---|
| Sale Price | $800,000.00 |
| Sale Date | June 24, 2024 |
| Per SF | $500 |
| Grantor | Manning William G |
| Grantee | 1925 N Brunswick Llc |
| Comments | The concluded value is higher than the 2024 sale, which is reasonable given that market conditions have improved since the last sale. |

## SWOT ANALYSIS

**STRENGTHS/OPPORTUNITIES**

- Strong demographic base. North Brunswick’s 2025 population is estimated at 45,097, up 2.8% from the 2020 Census base. The township has approximately 15,200 households and a relatively dense suburban population.
- Above-average household income. Median household income is approximately $120,764, compared with roughly $111,549 for Middlesex County. This supports retail, restaurants, services, and higher-quality residential demand.
- Excellent regional location. North Brunswick sits in the heart of Middlesex County with access to Route 1, Route 130, Route 27 and the broader Central Jersey highway network. This provides access to New Brunswick, Princeton, Edison, the I-95/New Jersey Turnpike corridor and major employment centers.
- Significant consumer spending. The township generated approximately $1.48 billion in retail sales in 2022, or $33,534 per capita. That is a substantial retail base for a municipality of its size.

## WEAKNESSES/THREATS

- Traffic congestion. Traffic is one of the area's biggest structural weaknesses. The township's planning documents identify congestion and limited alternative routes as longstanding issues, particularly along major state routes.
- High New Jersey tax environment. Property taxes can materially affect commercial and residential investment returns and can make operating costs less competitive than in some neighboring states.
- Automobile dependence. Although transit-oriented development is an important long-term strategy, much of the existing commercial market remains heavily dependent on automobile access, visibility and parking.
- Limited land availability. North Brunswick is already substantially developed. Consequently, new development increasingly involves redevelopment, infill or higher-density projects rather than inexpensive greenfield sites.



# MARKET ANALYSIS

## SECTION TWO

## LOCAL

North Brunswick Township, located in Middlesex County, is an established and densely developed suburban market within the Central New Jersey region. The township benefits from its strategic location along major transportation corridors, including Route 1 and Route 130, providing convenient access to employment, retail, and population centers throughout Middlesex County and the greater New York–Philadelphia corridor. The market has a population of approximately 45,100, with a median household income of approximately $120,764, supporting a relatively strong consumer and residential base. North Brunswick also benefits from substantial retail activity, with approximately $1.48 billion in annual retail sales, while ongoing redevelopment and mixed-use investment contribute to the area's long-term growth potential.

| BOUNDARIES AND MARKET DELINEATION | |
|---|---|
| **Boundaries** | **Details** |
| Market Area | North Brunswick |
| Submarket | Brunswick/Exit 9 |
| Area Type | Suburban |
| **Market Delineation** | **Details** |
| North | Milltown and East Brunswick |
| South | South Brunswick Township and New Brunswick |
| East | East Brunswick Township |
| West | Franklin Township |

| ACCESS AND LINKAGE | |
|---|---|
| **Vehicular Access** | **Details** |
| Major Highways | US 1, NJ 18, I-95 |
| Primary Corridors | Route 18, US 1, NJ 27 |

| LOCAL SERVICES | |
|---|---|
| Police Department | New Brunswick Police Department (NBPD) |
| Fire Department | New Brunswick Fire Department (NBFD) |
| Hospital | Robert Wood Johnson University Hospital |

| TRANSIT/SUBWAY | | |
|---|---|---|
| | **Walk** | **Distance** |
| New Brunswick Train Station | 15 mins | 4 miles |

| AIRPORT | | |
|---|---|---|
| | **Drive** | **Distance** |
| Newark Liberty International Airport | 25 miles | 30 mins |

## CONCLUSION

Overall, the New Brunswick market is supported by a strong combination of institutional, employment, transportation, and residential demand drivers. Rutgers University, Robert Wood Johnson University Hospital, Saint Peter's University Hospital, and major corporate employers create a large and relatively diverse employment and renter base. The city also benefits from excellent regional connectivity through the NJ TRANSIT Northeast Corridor, Route 18, U.S. Route 1, and proximity to I-287 and the New Jersey Turnpike. Current residential data indicates continued pricing strength, with a June 2026 median listing price of approximately $475,000 and median rent of $2,600 per month.

## DEMOGRAPHICS

| POPULATION | 1 MILE | 3 MILES | 5 MILES |
|---|---|---|---|
| 2020 Population | 13,090 | 76,747 | 226,810 |
| 2024 Population | 13,474 | 80,706 | 236,956 |
| 2029 Population Projection | 13,981 | 84,074 | 246,496 |
| Annual Growth 2020-2024 | 0 | 0 | 0 |
| Annual Growth 2024-2029 | 0 | 0 | 0 |
| Median Age | 39 | 39 | 37 |
| Bachelor’s Degree or Higher | 0 | 0 | 0 |
| U.S. Armed Forces | 12 | 18 | 62 |

| HOUSEHOLDS | 1 MILE | 3 MILES | 5 MILES |
|---|---|---|---|
| 2020 Households | 4,512 | 26,340 | 76,554 |
| 2024 Households | 4,639 | 27,767 | 80,799 |
| 2029 Household Projection | 4,819 | 28,985 | 84,347 |
| Annual Growth 2020-2024 | 0% | 0.60% | 0.40% |
| Annual Growth 2024-2029 | 0.80% | 0.90% | 0.90% |
| Owner Occupied Households | 2,527 | 15,304 | 45,630 |
| Renter Occupied Households | 2,292 | 13,681 | 38,717 |
| Avg Household Size | 2.8 | 2.8 | 2.7 |
| Avg Household Vehicles | 2 | 2 | 2 |
| Total Specified Consumer Spending | $164.3M | $992.5M | $2.9B |

| HOUSING | 1 MILE | 3 MILES | 5 MILES |
|---|---|---|---|
| Median Home Value | $422,532 | $458,463 | $475,914 |
| Median Year Built | 1985 | 1980 | 1979 |

| HOUSEHOLD INCOME | 1 MILE | 3 MILES | 5 MILES |
|---|---|---|---|
| Avg Household Income | $137,572 | $136,622 | $137,897 |
| Median Household Income | $111,586 | $110,851 | $111,710 |
| < $25,000 | 252 | 2,810 | 10,501 |
| $25,000 - 50,000 | 881 | 3,334 | 8,241 |
| $50,000 - 75,000 | 679 | 3,799 | 9,659 |
| $75,000 - 100,000 | 285 | 2,667 | 7,796 |
| $100,000 - 125,000 | 479 | 2,934 | 8,972 |
| $125,000 - 150,000 | 369 | 2,378 | 6,972 |
| $150,000 - 200,000 | 756 | 4,146 | 10,720 |
| $200,000+ | 937 | 5,699 | 17,938 |

## BRUNSWICK/EXIT 9 INDUSTRIAL SUBMARKET




The Brunswick/Exit 9 Industrial Submarket is a strategically located industrial market within Central New Jersey, benefiting from its proximity to major transportation infrastructure and established population and employment centers. The submarket is anchored by convenient access to the New Jersey Turnpike at Exit 9, as well as Routes 18 and 1 and Interstate 287, providing efficient connectivity throughout the region and to the broader New York and Philadelphia metropolitan areas. The area features a diverse mix of warehouse, distribution, manufacturing, and flex industrial properties, supported by strong regional demand for logistics and commercial space. Its transportation accessibility, established industrial base, and proximity to major population centers make the Brunswick/Exit 9 Industrial Submarket a competitive location for industrial users seeking access to Central New Jersey's extensive transportation network.



# ASSET ANALYSIS

## SECTION THREE

| SITE ANALYSIS | |
|---|---|
| Parcel Number | 14-00165-0000-00003 |
| Site Acres | 0.8 Acres |
| Site Area | 35,022 SF |
| Primary Frontage | 74 feet |
| Depth | 130 feet |
| Excess Area | None |
| Exposure | Interior |
| Shape | Square |
| Topography | Generally Level |
| Drainage | Generally Level |
| Environmental Hazards | None Noted |
| Ground Stability | Adequate |
| Earthquake Zone | None |

| UTILITIES | |
|---|---|
| Water & Sewer | New Brunswick Water Department/City of New Brunswick / municipal sewer system |
| Electricity | PSE&G |
| Natural Gas / Propane | PSE&G |

**SITE COMPARATIVE ANALYSIS**

| Item | Rating |
|---|---|
| Visibility | Above Average |
| Access | Average |
| Functional Utility | Average |
| External Obsolescence | Average |
| Traffic Volume | Above Average |
| Adequacy of Utilities | Average |
| Site Utility | Average |
| Landscaping | Average |

## CONCLUSION

The property benefits from average access and visibility along the secondary frontage, and the site's size is typical for the area and its intended use. There are no known factors that would negatively impact the site or prevent its development to achieve its highest and best use.

SUBJECT EXTERIOR - FRONT



SUBJECT EXTERIOR - FRONT



SUBJECT EXTERIOR - SIDE



SUBJECT EXTERIOR - REAR



SUBJECT EXTERIOR - STORAGE YARD



SUBJECT EXTERIOR - STORAGE YARD



VIEW SOUTH - 4TH STREET



VIEW SOUTH - 4TH STREET



## AERIAL VIEW



## TAX MAP


THIRD
STREET
ADAMS
165
STREET
OURTH
166
162
OLIVER
1.01
2
3
4
5
6
5.01
5.02
9.02
9.01
7.01
10
387
386
385
384
383
382.01

## FLOOD MAP


TOWNSHIP OF NORTH BRUNSWICK
340271
40.446920, -74.487446
34023C0128F
eff. 7/6/2010
LIMIT OF STUDY
L
K
I
105.5
Zone AE
102.2
103
104
Zone AE
105
100.4
99

| ZONING | |
|---|---|
| **Zoning Jurisdiction** | Middlesex County |
| **Zoning** | ERR |
| **Conformity** | Legal |
| **Compliance** | Conforming Use |
| **Zoning Change Likely** | Likely |
| **Permitted Use** | Industrial |
| **Adjacent Land Use** | Industrial |
| **Setbacks** | 200 feet from the highway; 100 feet from all other streets |
| **Parking Requirement** | 1 space per 2,500 SF |

## ZONING MAP


ERR
ADAMS
THIRD
STREET
STREET
FOURTH
FIFTH
ST.
OLIVER
SIXTH
STREET
SEVENTH
STREET
COURT

| IMPROVEMENTS | |
|---|---|
| Name | 1925 4th Street |
| Property Type | Industrial |
| Secondary Type | No Secondary Type |
| Competitive Asset Class | C |
| Occupancy | 100% |

| GENERAL | |
|---|---|
| Gross Building Area | 1,600 SF |
| Net Leasable Area | 1,600 SF |
| Efficiency Ratio | 100.00% |
| Stories | 1 |

| SITUS | |
|---|---|
| Coverage | 4.57% |
| Land-to-Building Ratio | 21.89:1 |
| Parking Structure | Open |
| Parking Spaces | 3 |
| Parking Ratio | 1.88 Spaces per 1,000 SF |

| AGE AND DEPRECIATION | |
|---|---|
| Year Built | 1970 |
| Year Renovated | N/A |
| Actual Age | 57 |
| Effective Age | 10 |
| Total Economic Life | 60 |
| Remaining Economic Life | 50 |
| Age/Life Depreciation | 17% |

| EXTERIOR | |
|---|---|
| Foundation | Poured concrete |
| Frame | Brick |
| Insulation | Loose fill |
| Exterior Walls | Solid masonry |
| Windows | Single- and double-hung |
| Exterior Doors | Wood |
| Roof Type | Flat |
| Roof Material | Single-membrane roof assembly |
| Roof Drain | Gutters and leaders |
| Roof Sheathing | Plywood |
| Chimneys | Masonry |
| Special Features | N/A |

| INTERIOR | |
|---|---|
| Interior Walls | Wood studs covered with drywall materials (gypsum board, wood panels, ceramic tile, plywood, hardboard) |
| Interior Doors | Hollow-core |
| Interior Lighting | Flourescent lighting |
| Ceilings | 8’ |
| Interior Flooring | Hardwood |
| Lavatories | Bathrooms include ceramic toilet, sink and shower tub |
| Basement | Other |
| Heating | Natural gas |
| Cooling | Electrically powered compressor and non-ozone-depleting refrigerant |
| Hot Water | Gas-fired stand alone |
| Plumbing | Copper |
| Electric | Commercial service |
| Life Safety | Alarm services |
| Sprinklers | None |

## ASSET COMPARATIVE ANALYSIS

| Item | Description |
|---|---|
| **Visibility** | Average |
| **Functional Utility** | Average |
| **Age/Condition** | Average |
| **Lobby/Common Areas** | Average |
| **Amenities** | Average |
| **Parking** | Average |
| **Curb Appeal** | Average |
| **Elevator speed, capacity, number, and safety** | N/A |
| **Level of finish** | Average |
| **Energy and water efficiency** | Average |
| **Public transport** | Average |

## SUMMARY

The subject consists of a single story, 1,600 SF industrial building built in 1970.

## DEPRECIATION

### Physical

As mentioned in the Improvements Description section, our inspection of the property did not reveal any significant deferred maintenance, meaning curable physical depreciation is not present. We used the economic age-life method to assess physical deterioration.

Based on the Improvements Description section, we determined that the subject property has an effective age of 10 years and an economic life of 60 years, resulting in an incurable physical deterioration rate of 16.67% (calculated as effective age divided by economic life).

### Functional

The improvements on the property have been constructed using modern materials and techniques. Additionally, the design and layout align with current market standards. Therefore, no functional obsolescence impacts the existing improvements.

### External

Based on a review of the specific location of the subject and local market conditions, the property is free from any external obsolescence.

| NJ REAL ESTATE TAX ASSESSMENT | | |
|---|---|---|
| Description | Actual | Taxable AV |
| Land | $110,000 | $110,000 |
| Building | $57,600 | $57,600 |
| Total | $167,600 | $167,600 |
| Exemption | $0 | $0 |
| Taxable AV | $167,600 | $167,600 |

| REAL ESTATE TAX LIABILITY | |
|---|---|
| Taxable AV | $167,600 |
| x Tax Rate | 6.57% |
| Tax Liability | $11,013 |
| Tax Liability PSF | $6.88 |

| TAX LIABILITY FORECAST | |
|---|---|
| Gross Building Area | 1,600 |
| Tax Liability PSF | $6.88 |
| Stabilized Tax Liability Forecast | $11,013 |
| Tax Rate | 6.57% |
| Implied Assessed Value | $167,600 |

## HIGHEST AND BEST USE - AS IF VACANT

### Introduction

The highest and best use of the site as though vacant is, among all reasonable, alternative uses, the use that yields the highest present land value, after payments are made for labor, capital, and coordination. The use of the property is based on the assumption that the land is vacant or can be made vacant by demolishing any improvements.

### Legal

The first step in determining what is legally permissible is to analyze private restrictions, zoning, building codes, historic district controls, and environmental regulations. The legally permissible uses were previously discussed in the zoning section of this report, which include industrial.

### Physical

The physical characteristics of a site can affect the uses. These characteristics include: (1) size; (2) shape; (3) terrain or topography; (4) soil condition; (5) utilities; (6) access characteristics; and (7) surrounding land uses. Each of these site characteristics was described and discussed in the Site Analysis section of this report. The subject is of adequate size, shape and has adequate utilities to be a separately developable site. Existing structures on similar sites provide additional evidence as to the physical possibility of what development could ultimately be undertaken on the site.

### Financially Feasible

After determining which uses are legally permissible and physically possible, uses that meet the first two criteria are analyzed further. If the uses are income-producing, the analysis will study which are likely to produce an income or return equal to or greater than the amount needed to satisfy operating expenses, financial obligations, and capital amortization. All uses that are expected to produce a positive return are regarded as financially feasible.

The zoning in the area is meant to encourage development consistent with the permitted uses. Based on our analysis, as supported by the lack of new construction industrial developments in the market area, new construction industrial is not feasible.

### Maximally Productive

Maximum profitability is obtained from that use among those that are physically possible, legally possible, and financially feasible which provides the highest present worth of the land. Based upon the analysis of the physical possible, legally permitted and financially feasible uses for the property, the most profitable and highest and best use of the site, if vacant, is new industrial development to the maximum allowable density.

### Conclusion

The highest and best use of the site as improved is for continued use.

## HIGHEST AND BEST USE - AS IMPROVED

### Introduction

The Highest and Best Use of the subject property as improved is that use that should be made of a property as it exists. An existing improvement should be renovated or retained as is so long as it continues to contribute to the total market value of the property, or until the return from a new improvement would more than offset the cost of demolishing the existing building and constructing a new one.

### Legal

The first step in determining what is legally permissible is to analyze private restrictions, zoning, building codes, historic district controls, and environmental regulations. The legally permissible uses were previously discussed in the zoning section.

### Physical

The physical characteristics of a site can affect the uses. These characteristics include: (1) size; (2) shape; (3) terrain or topography; (4) soil condition; (5) utilities; (6) access characteristics; and (7) surrounding land uses. Each of these site characteristics was described and discussed in the Site Analysis section of this report. The subject is of adequate size, shape and has adequate utilities to be a separately developable site. Existing structures on similar sites provide additional evidence as to the physical possibility of what development could ultimately be undertaken on the site.

### Financially Feasible

After determining which uses are legally permissible and physically possible, uses that meet the first two criteria are analyzed further. If the uses are income-producing, the analysis will study which are likely to produce an income or return equal to or greater than the amount needed to satisfy operating expenses, financial obligations, and capital amortization. All uses that are expected to produce a positive return are regarded as financially feasible.

The options for feasible uses include continued use or redevelopment as a free standing industrial building.

### Maximally Productive

Maximum profitability is obtained from that use among those that are physically possible, legally possible, and financially feasible which provides the highest present worth of the land. Based upon the analysis of the physical possible, legally permitted and financially feasible uses for the property, the most profitable and highest and best use of the site as improved is continued use.

### Conclusion

The highest and best use of the site as improved is for continued use.



# APPRAISAL VALUATION PROCESS

## SECTION FOUR

## APPRAISAL VALUATION PROCESS

In advancing the opinion(s) of value specified, we considered two approaches:

### SALES COMPARSION

In this approach, recent sales of comparable properties are directly compared to the subject. This is typically performed through analysis in terms of a "unit of comparison," such as price per square foot or unit. Differences are considered and qualitative or quantitative adjustments are applied to suggest an indication of value. The reliability of this method depends on the quality and quantity of the comparable data.

### INCOME APPROACH

In this approach, the property is analyzed from the perspective of a typical investor, whose main goal is to earn a profit on the investment, primarily through expected income generated from operations and the eventual resale of the property at the end of a holding period.

### COST APPROACH

This approach determines value by adding the contributory value of any improvements (after accounting for accrued depreciation) to the value of the land as if it were vacant, based on its highest and best use. If the interest being appraised is something other than fee simple, additional adjustments may be necessary to account for non-realty interests and/or the impact of existing leases or contracts.

### CONCLUSION

**Based on the scope of work identified, we developed:**

Sales

Income

The valuation process is completed by evaluating each approach, assessing its relevance, reliability, and the quantity and quality of its data. A final value opinion is reconciled based on the most suitable method or a correlation.



# SALES APPROACH

## SECTION FIVE

## SALES COMPARISON APPROACH

In the Sales Comparison Approach, we developed an opinion of value by comparing the subject property with similar, recently sold properties in the surrounding or competing area. Inherent in this approach is the principle of substitution, which states that when a property is replaceable in the market, its value tends to be set at the cost of acquiring an equally desirable substitute property, assuming that no costly delay is encountered in making the substitution. By analyzing sales that qualify as arm's-length transactions between willing and knowledgeable buyers and sellers, we can identify value and price trends. The basic steps of this approach are:

* Research recent, relevant property sales and current offerings throughout the competitive area;
* Select and analyze properties that are similar to the property appraised, analyzing changes in economic conditions that may have occurred between the sale date and the date of value, and other physical, functional, or locational factors;
* Identify sales that include favorable financing and calculate the cash equivalent price;
* Reduce the sale prices to a common unit of comparison such as price per unit or per square foot;
* Make appropriate comparative adjustments to the prices of the comparable properties to relate them to the property being appraised; and
* Interpret the adjusted sales data and draw a logical value conclusion.

## UNIT OF COMPARISON AND COMP SELECTION

Price per square foot is ideal for valuing this asset class since it standardizes comparisons of size and utility. We also looked to assets with similar physical utility in terms of site size, building characteristics, etc.

## COMPARABLE SALES SUMMARY

| Comp No. | Property Address | Sale Date | Property City | Building SF | Sale Price | Price Per SF | Percent Leased | Actual Cap Rate | Year Built | Land to Building Ratio |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 34 Edgeboro Road | May 29, 2025 | East Brunswick | 9,694 | $8,000,000 | 825 | 100% | N/A | 1965 | 8.98 |
| 2 | 83 Gross Avenue | December 11, 2024 | Edison | 4,500 | $5,200,000 | 1,156 | 0% | N/A | 1975 | 18.10 |
| 3 | 49 W Ferris Street | November 15, 2024 | East Brunswick | 9,720 | $10,625,000 | 1,093 | 100% | N/A | 1985 | 11.79 |
| Subject | 1925 4th Street | - | North Brunswick | 1,600 | - | - | 100% | - | 1970 | 21.89 |



## Comparable Adjustments

| Comparable No. | Subject | 1 | 2 | 3 |
|---|---|---|---|---|
| Property Address | 1925 4th Street | 34 Edgeboro Road | 83 Gross Avenue | 49 W Ferris Street |
| Sale Date | | May 29, 2025 | December 11, 2024 | November 15, 2024 |
| Building SF | 1,600 | 9,694 | 4,500 | 9,720 |
| Sale Price | $1,800,000 | $8,000,000 | $5,200,000 | $10,625,000 |
| Price Per SF | $1,125 | $825.25 | $1,155.56 | $1,093.11 |
| Transactional Adjustments | | | | |
| PROPERTY RIGHTS | Leased Fee | Similar | Similar | Similar |
| % Adjustment | | 0.0% | 0.0% | 0.0% |
| FINANCING TERMS | Conventional | Conventional | Conventional | Conventional |
| % Adjustment | | 0.0% | 0.0% | 0.0% |
| EXPENDITURES ON SALE | | None | None | None |
| % Adjustment | | 0.0% | 0.0% | 0.0% |
| CONDITION OF SALE | | Arm's Length | Arm's Length | Arm's Length |
| % Adjustment | | 0.0% | 0.0% | 0.0% |
| MARKET CONDITIONS | | Similar | Similar | Similar |
| % Adjustment | | 0.0% | 0.0% | 0.0% |
| **Total Transactional Adjustment** | | **0.0%** | **0.0%** | **0.0%** |
| **Adj. Transaction Price ($ / )** | | **$825** | **$1,156** | **$1,093** |
| LOCATION | | Similar | Superior | Similar |
| % Adjustment | | 0% | -10% | 0% |
| $ Adjustment | | $0.00 | $-115.56 | $0.00 |
| AGE/CONDITION | | Similar | Similar | Superior |
| % Adjustment | | 0% | 0% | -5% |
| $ Adjustment | | $0.00 | $0.00 | $-54.66 |
| UTILITY | | Similar | Similar | Similar |
| % Adjustment | | 0% | 0% | 0% |
| $ Adjustment | | $0.00 | $0.00 | $0.00 |
| SIZE | | Inferior | Inferior | Inferior |
| % Adjustment | | 10% | 10% | 10% |
| $ Adjustment | | $82.53 | $115.56 | $109.31 |
| NON-REALTY COMPONENTS | | Similar | Similar | Similar |
| % Adjustment | | 0% | 0% | 0% |
| $ Adjustment | | $0.00 | $0.00 | $0.00 |
| LAND TO BUILDING RATIO | | Inferior | Inferior | Inferior |
| % Adjustment | | 10% | 5% | 5% |
| $ Adjustment | | $82.53 | $57.78 | $54.66 |
| VACANCY | | Similar | Inferior | Similar |
| % Adjustment | | 0% | 5% | 0% |
| $ Adjustment | | $0.00 | $57.78 | $0.00 |
| **Total Property Adjustments (%):** | | **20%** | **10%** | **10%** |
| **Total Property Adj. ($ / ):** | | **$165** | **$116** | **$109** |

| | | | |
|---|---|---|---|
| Compared to Subject | **Inferior** | **Inferior** | **Inferior** |
| Total Property Adjustments | **20%** | **10%** | **10%** |
| Adjusted Unit Price | **$990** | **$1,271** | **$1,202** |
| Adjusted Sale Price | **$9,600,000** | **$5,720,000** | **$11,687,500** |

## THE ADJUSTMENT PROCESS

The sales analyzed are good indicators of value as they are all similar construction and utility, in competitive areas. The major elements of comparison are property rights conveyed, financial terms, conditions, value trends, the location, and physical and economic aspects. Due to the nature of the subject property and the level of detail available for the comparable market data, we have elected to analyze the comparable sales through application of a traditional adjustment grid utilizing percentage adjustments. An upward adjustment indicates an inferior characteristic relative to the subject. Conversely, a downward adjustment indicates a superior characteristic. The comparative process first identifies which elements of comparison affect property values in the subject property. Each of the basic elements of comparison is analyzed to determine whether an adjustment is required. Adjustments for differences are made to the price of each comparable property to make that property equivalent to the subject property in market appeal on the effective date of the opinion of value. The process of adjusting for differences between comparable properties and the subject property is the same for apartment properties as for any other type of real property. Adjustments are summarized:

**ADJUSTMENT SUMMARY**

| Comps | Unadjusted | Adjusted | Adj |
|---|---|---|---|
| 1 | $825 | $990 | 20% |
| 2 | $1,156 | $1,271 | 10% |
| 3 | $1,093 | $1,202 | 10% |

| | Unadjusted | Adjusted |
|---|---|---|
| Min | $825 | $990 |
| Median | $1,093 | $1,202 |
| Average | $1,025 | $1,155 |
| Max | $1,156 | $1,271 |

**RECONCILIATION**

After analyzing the strengths and weaknesses of each sale, examining the reliability and appropriateness of the market data compiled and the analytical techniques applied in the comparative analysis, the range of values is reconciled to a final opinion.

Comments on adjustments

After adjustment, the range is between $990 and $1,271 per square foot, with a median of $1,202 and an average of $1,155 per square foot.

**SALES COMP VALUE**

| | |
|---|---|
| Value Per SF | $1,155 |
| SF | x 1,600 |
| **Market Value "As Is"** | **$1,800,000** |



# INCOME APPROACH
## SECTION SIX

## GENERAL PROCESS

In the Income Capitalization Approach, the value indication is based on the property's capacity to generate income. The following steps are taken to capitalize estimated net operating income into an opinion of value.

* Forecast potential gross income, vacancy and collection loss, leading to effective gross income.

* Forecast operating expenses based on operating history and/or market

* Select and apply the appropriate capitalization and discount techniques.

## VALUATION METHODOLOGY

Capitalization is the process of converting a net income stream into an indication of value. This approach to valuation can be accomplished by:

(1) Direct Capitalization: A method used to convert an estimate of a single year's income expectancy into an indication of value in one direct step, either by dividing the net income estimate by an appropriate capitalization rate or by multiplying the income estimate by an appropriate factor. Direct capitalization employs capitalization rates and multipliers extracted or developed from market data. Only one year's income is used. Yield and value changes are implied, but explicitly identified. This method is most useful when the property is already operating on a stabilized basis; or

(2) Yield Capitalization: A method used to convert future benefits into present value by (1) discounting each future benefit at an appropriate yield rate, or (2) developing an overall rate that explicitly reflects the investment's income pattern, holding period, value change, and yield rate. This method explicitly considers a series of cash flows (net income over a holding period) over time together with any reversion value or resale proceeds. Since this technique explicitly reflects the investment's income pattern, it is especially suited to multi-tenant properties with varying leasing schedules as well as properties that are not operating at stabilized occupancy.

As will be demonstrated, economic performance will be forecast to yield relatively stable net cash flow over a typical investor's holding period. Accordingly, we developed the Direct Capitalization Method.

# POTENTIAL GROSS INCOME

Since the asset will be sold occupied, we will advance an opinion of market rental value in support of the subject's in-place lease.

## UNIT OF COMPARISON

The analysis is in terms of rent per square foot.

## LEASE STRUCTURE

| | |
|---|---|
| Absolute Net | The tenant is responsible for all property-related expenses, including taxes, insurance, maintenance, and even structural repairs. The landlord typically has no financial responsibility for the property during the lease term. |
| NNN | The tenant pays for property taxes, insurance, and maintenance, in addition to rent. This is one of the most common lease structures in commercial real estate, and it usually excludes structural repairs. |
| Semi-Net | The tenant covers some property expenses like taxes or insurance, but not all. Other costs, like maintenance or structural repairs, are typically shared or covered by the landlord. |
| Modified gross | The tenant pays base rent plus some portion of operating expenses (such as utilities or janitorial services), while the landlord covers other expenses like taxes and insurance. It is a middle ground between net and gross leases. |
| Gross | The landlord is responsible for most or all property expenses, including taxes, insurance, and maintenance. The tenant only pays a fixed rent amount without worrying about additional costs. |
| Full service | This is a type of gross lease where the landlord provides all services, including utilities, maintenance, janitorial, and repairs, with the rent covering these costs. This is common in office leases. |

| COMPETITIVE SET | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Comp | Property Address | Year Built | SF Leased | Rent/SF/Land | Services | Rent Type | Use | Term | Tenant |
| 1 | 187 Wescott Avenue | 1972 | 200 | $0.42 | None | Modified Gross | Industrial | 5 years | M3 Corp |
| 2 | 210 Sanhican Drive | 1942 | 1000 | $32.35 | None | NNN | Industrial | 5 years | N/A |
| 3 | 1220 17th Avenue | 1964 | 900 | $2.73 | None | Modified Gross | Industrial | 5 years | N/A |



## RECONCILIATION

The range of rents are between $0.42 to $32.35 per SF of land, with one rent being triple net structure, while the other two are modified gross. The subject is generally similar in terms of quality and condition to the rent set. With regard to location, all three comparables are located in the New Jersey, which is similar to the subject. All three comparbles have ceiling heights that range from 11' to 16'. Comparables 1, 2 and 3 are all located along similar roadways with similar vehicle traffic and exposure. Considering all factors, the subject should command a rental rate near the lower portion of the range and at the in-place level, or $4.79/SF.

The subject's in-place lease rate os $4.79/SF/Land. The lease rates surveyed include the NNN reimbursements, while the subject's lease outlined both the lease and reimbursement amounts seperatly. The subject's lease rate will increase to a base rate of $4.95/SF/Land on April 1, 2027. Both the in-place lease and rent bump are supported by the rental comparables and considered reasonable.

### RECENT LEASES/MARKET RENT ESTIMATES (SUBJECT PROPERTY)

The most recent leases to move-in tenants are typically the best gages of market rent for that property.

Two of the leases are month to month ("MTM") and 1 of the leases expired in 1 month (April 1, 2026). Furthermore, the leases are for office rooms within the owner's space in the subject property. Accordingly, we have not placed any reliance on the in-place lease and MTM rents in the subject property.

Global Satellite does not have any lease. Accordingly, we will assign market rent to the entire subject property.

### COMMERCIAL RENT ROLL

| Unit | Tenant Name | Square Footage | Start | Term | Annual Rent | Rent PSF | Type |
|---|---|---|---|---|---|---|---|
| 1 | River View Companies North Jersey, LLC. | 1600 | April 01, 2025 | 5 years | $167,670 | $105 | NNN |

## VACANCY AND COLLECTION LOSS

Vacancy and collection loss is an allowance for reductions in potential gross income attributable to vacancies, tenant turnover, and nonpayment of rent or other income over the forecast period. This line item considers two components: Physical vacancy as a loss in income and collection loss due to default by tenants.

| VACANCY FORECAST | |
|---|---|
| Submarket | 9.77% |
| History | 0% |
| H&T Forecast | 10% |
| Conclusion | Vacancy was concluded at 10% since the space is forecasted near the upper portion of the rental rate. |

### REIMBURSEMENT INCOME

Reimbursement income refers to payments received from tenants to repay the property owner for operating expenses that are the tenant's responsibility under the lease terms. These reimbursements are typically tied to costs such as real estate taxes, property insurance, common area maintenance (CAM), utilities, or other recoverable expenses.

The tenant pays the real estate taxes, insurance and a set management fee of $500 per month.

## OPERATING EXPENSE FORECAST

Operating expenses are the periodic expenditures necessary to maintain the real property and continue production of the effective gross income, assuming prudent and competent management. Expenses are estimated based on one or more of the following sources: (1) historical or projected operation of the subject; (2) comparable expense properties; (3) published operating sources; or (4) individual suppliers.

Since the asset is being delivered leased but without historical operating data, we forecast a proforma based on competitive assets and market expectations.

## REAL ESTATE TAXES

This item covers the cost of ad valorem taxes and special assessments collected by the various taxing authorities described in the Real Property Taxes and Assessment section. As presented earlier, we forecast real estate taxes of $ for the upcoming year.

## INSURANCE

Property insurance expenses include coverage for general liability and loss or damage to the property caused by fire, lightning, vandalism, malicious mischief, additional perils fire, extended coverage, and owner's liability coverage. Costs are generally lower (on a per unit basis) for larger buildings and for multi-building policies.

## UTILITIES

This expense category includes expenses for water and sewer, electricity, fuel/gas, and other. Utilities are generally property specific and vary considerably based on the landlord and tenant obligations, and the efficiency of the HVAC systems.

The tenant pays all unit expenses, while the landlord pays all property level expenses.

## REPAIRS AND MAINTENANCE

This expense varies depending on building age, management philosophy, services provided, and accounting methodology. Some management companies expense items which are normally included as capital costs. In addition, repair and maintenance costs may change from year to year; in some cases, repairs that require attention may be postponed due to cash flow considerations. Our forecast is based on stabilized operation.

## PAYROLL

Payroll costs cover building staff members whose duties include trash removal, common area cleaning, and general maintenance. Payroll taxes and fringes cover state and federal taxes and benefits.

## REPLACEMENT RESERVES

This expense provides for the periodic replacement of building components that wear out more rapidly than the building itself and that must be replaced periodically. According to the PWC survey, investors anticipate a wide range of reserves which is reflective of a broad array of properties, with assets at which notable amenities and services are offered reflecting the high end.

## GENERAL AND ADMINISTRATION

This category includes expenses related to permits and dues, office expense, and professional fees for legal, accounting, engineering, marketing.

## MANAGEMENT FEE

As a rental property, fees for management services can be by contract rate or as a function of the revenues produced by the property. Typically, management fees range from 1% to 6% of effective gross income, whereby a higher nominal gross income equates to a lower fee as a percentage.

## MISCELLANEOUS

This expense allows for any expenditures not included in the above categories as a contingency.

## TOTAL

Since the asset is being delivered leased, we forecast a proforma based on competitive assets and market expectations.

| H&T PROFORMA | | | |
|---|---|---|---|
| | | $ | Per SF |
| **Income** | | | |
| **Base Rent** | | | |
| Total Base Rent | | $167,670 | $104.79 |
| **Reimbursement Income** | | | |
| Commercial | | $18,613 | $11.63 |
| **Potential Gross Income** | | **$186,283** | **$116.43** |
| **Vacancy and Collection Loss** | | | |
| Commercial | 10% | $18,628 | $11.64 |
| **Effective Gross Income** | | **$167,655** | **$104.78** |
| **Operating Expenses** | | | |
| Real Estate Taxes | | $11,013 | $6.88 |
| Insurance | | $1,600 | $1.00 |
| Total utilities | | $1,600 | $1.00 |
| Repairs and maintenance | | $800 | $0.50 |
| Payroll | | $1,600 | $1.00 |
| Operating reserve | | $160 | $0.10 |
| General and administrative | | $480 | $0.30 |
| Management fee | | $6,000 | $3.75 |
| Miscellaneous | | $160 | $0.10 |
| **Total Operating Expenses** | **13.97%** | **$23,413** | **$14.63** |
| **Net Operating Income** | | **$144,242** | **$90.15** |

## OVERALL CAPITALIZATION RATE

A view of the Overall Capitalization Rate required by investors is advanced through various techniques, depending upon the quality and quantity of data available. We consider the following: direct competitive set, the band of investment, underwriter's method, personal interviews with market participants, and analysis of broad market surveys.

## DIRECT COMPETITIVE SET

Since most of the sales were acquired for owner-occupancy or the OAR was not reported, we considered an alternative set

The reported OARs for the comparable sales are presented:

| COMP | PROPERTY ADDRESS | BUILDING SF | SALE DATE | SALE PRICE | $/SF | CAP RATE |
|---|---|---|---|---|---|---|
| 1 | 104 Snyder Road | 7,650 | February 10, 2026 | $4,000,000 | $523 | 5.75% |
| 2 | 11 Cotters Lane | 15,000 | December 31, 2025 | $4,150,000 | $277 | 6.20% |
| 3 | One Nixon Ln | 10,350 | June 16, 2025 | $8,500,000 | $821 | 6.00% |
| 4 | 79 Whitehead Avneue | 8,600 | April 21, 2025 | $999,999 | $116 | 9.00% |
| Min | | | | | | 5.75% |
| Average | | | | | | 6.74% |
| Max | | | | | | 9.00% |

## BAND OF INVESTMENT

Because most properties are purchased with both debt and equity, the overall capitalization rate must satisfy the market return requirements of both investment positions according to their proportion. The following criteria were used to build up a view of the required capitalization rate.

### Mortgage

As of the effective date of value, 10-year treasuries were yielding 4.7%.

According to our knowledge of the financial marketplace, bank spreads for loans on commercial properties currently range from 150 to 300 basis points over 10-year Treasuries, indicating mortgage rates from approximately 6.20% to 7.70% .

Based on a survey of lenders and firsthand knowledge, we assumed a 60% loan-to-value ratio with a 30-year amortization schedule and a mortgage constant of 7.58% .

### Equity

The equity investor also seeks a systematic cash return, which is expressed as the ratio of the first year's annual return to the equity position to the amount of equity investment. To forecast the market rate to equity, we extracted implied rates from the competitive set reported above.

After applying the the actual or market loan terms, the direct comparabes suggest equity dividend rates:

| EQUITY DIVIDEND | | | | |
|---|---|---|---|---|
| COMP | 1 | 2 | 3 | 4 |
| OAR | 5.75% | 6.20% | 6.00% | 9.00% |
| LTV | 60% | 60% | 60% | 60% |
| Rate | 6.50% | 6.50% | 6.50% | 6.50% |
| Constant | 7.58% | 7.58% | 7.58% | 7.58% |
| Implied Equity Dividend | 3.0% | 4.1% | 3.6% | 11.1% |

The equity dividend rates extracted suggest relatively low returns for the first year of analysis, which is common in this market as most of the expected return is achieved on disposition. Based on these investment characteristics, we forecast a(n) 8.00% equity dividend.

| BAND OF INVESTMENT | |
|---|---|
| Mortgage Interest Rate | 6.50% |
| Mortgage Amortization Period | 30 |
| Loan to Value Ratio | 60% |
| Mortgage Constant (monthly) | 7.58% |
| Equity Dividend Rate | 8.00% |
| Mortgage Requirement | 60% x 7.58% = 4.55% |
| Equity Requirement | 40% x 8.00% = 3.20% |
| OAR | 7.75% |
| OAR (rounded) | 7.80% |

## DEBT COVERAGE RATIO (UNDERWRITER'S METHOD)

The 'Underwriter's Method' effectively suggests the maximum loan the NOI can support at market terms. After considering the market value as a function of the LTV, an OAR is implied. Most loans are underwritten with a DCR of 1.10 to 1.50, depending on risk and growth potential. Given the investment characteristic discussed herein, we've applied a 1.50 DCR.

| UNDERWRITER'S METHOD | |
|---|---|
| DCR | 1.50 |
| Mortgage Constant | x 7.58% |
| LTV | x 60.00% |
| OAR: | 6.83% |

## RECONCILIATION

The OAR indications produced from our analyses:

| SOURCE | OAR |
|---|---|
| Comparable Sales | 5.75% - 9.00% |
| Band of Investment | 7.80% |
| Underwriter's method | 6.83% |
| CoStar | 5.74% |
| H&T Opinion | 8.00% |

Typically, most weight is placed on the rates derived from the direct competitive set. The strongest factor in our opinion is the fact that this asset fully leased. Further, though well supported, there is some renewal and collection risk to our forecast. At the same time, the subject is located in an average submarket, with minimal rent upside and below average industrial demand. Therefore, balancing these factors, it is our view an investor would demand a rate at the high end of the broad market range and an 8% OAR is applied:

| DIRECT CAPITALIZATION OPINION | |
|---|---|
| Net Operating Income | $144,242 |
| Overall Capitalization Rate | 8.00% |
| **Opinion of Value "As Is"** | **$1,800,000** |



# FINAL RECONCILIATION

Reconciliation is an integral part of the appraisal process and involves the weighing of the individual valuation techniques in relationship to their substantiation by market data, and the reliability and applicability of each valuation technique to the subject property. Understanding the profiles of potential buyers and their typical reliance on each approach to value strongly influences the weighting process. The various analyses are reviewed for their accuracy of application, appropriateness of the approach to the intended use and quality of data to arrive at a single value conclusion. The value opinions from the approaches are:

| APPROACH | PREMISE | DATE | VALUE OPINION |
|---|---|---|---|
| Cost | | | N/A |
| Sales | Market Value As-Is | September 02, 2026 | $1,800,000 |
| Income | | | $1,800,000 |

## CONCLUSION

The cost approach is generally the strongest indicator of value when the asset is proposed or newer, as forecasting physical depreciation is difficult and often involves inbreeding of the income or sales approaches. Given the age of the subject and accrued depreciation, the cost appraoch was excluded from the analysis. It should be noted, an investor would not build a substitute as the sponsor is a passive investor. Therefore, we did not develop this method. Since this asset class is often purchased as an owner occupied asset, the sales approach is a strong indication of value as it is based on the analysis of competitive assets as a potential buyer would endeavor. At the same time, retail assets are sometimes held by investors, as this asset is planned to be. Further, the income approach is useful as it reflects the buy vs rent analysis an owner user must consider, and as such is a strong back-check to the sales approach.

Given the suitability of this asset for passive investment, but with good support from the sales, the income approach is weighted. Thus, our opinion is:

| VALUATION PREMISE | INTEREST | DATE | VALUE OPINION |
|---|---|---|---|
| Market Value As Is | Leased Fee | September 02, 2026 | $1,800,000 |

# ADDENDA

Assumptions and Limiting Conditions .... 50
Certification .... 52
Letter of Engagement .... 53
Comparable Sales .... 57
Lease Comparables .... 61
Appraisers' Professional Qualifications and Licenses .... 65

## ASSUMPTIONS AND LIMITING CONDITIONS

**This appraisal report has been made with the following general assumptions:**

1.) Notwithstanding that the Appraiser may comment on, analyze, or assume certain conditions in the appraisal, HTAppraisal shall have no monetary liability or responsibility for alleged claims or damages pertaining to: (a) title defects, liens or encumbrances affecting the property; (b) the property's compliance with local, state or federal zoning, planning, building, disability access and environmental laws, regulations and standards; (c) building permits and planning approvals for improvements on the property; (d) structural or mechanical soundness or safety; (e) contamination, mold, pollution, storage tanks, animal infestations or other hazardous conditions affecting the property; and (f) other conditions and matters for which licensed real estate appraisers are not customarily deemed to have professional expertise. Accordingly:

a. The Appraiser has not conducted any engineering or architectural surveys in connection with this appraisal assignment. Information reported pertaining to dimensions, sizes, and areas is either based on measurements taken by the Appraiser or the Appraiser's staff or was obtained or taken from referenced sources and is considered reliable. The Appraiser and HTAppraisal shall not be monetarily liable or responsible for or assume the costs of preparation or arrangement of geotechnical engineering, architectural, or other types of studies, surveys, or inspections that require the expertise of a qualified professional.

b. Unless otherwise stated in the report, only the real property is considered, so no consideration is given to the value of personal property or equipment located on the premises or the costs of moving or relocating such personal property or equipment. Further, unless otherwise stated, it is assumed that there are no subsurface oil, gas or other mineral deposits or subsurface rights of value involved in this appraisal, whether they are gas, liquid, or solid. Further, unless otherwise stated, it is assumed that there are no rights associated with extraction or exploration of such elements considered. Unless otherwise stated it is also assumed that there are no air or development rights of value that may be transferred.

c. Any legal description or plats reported in the appraisal are assumed to be accurate. Any sketches, surveys, plats, photographs, drawings, or other exhibits are included only to assist the intended user to better understand and visualize the subject property, the environs, and the competitive data. HTAppraisal has made no survey of the property and assumes no monetary liability or responsibility in connection with such matters.

d. Title is assumed to be good and marketable, and in fee simple, unless otherwise stated in the report. The property is considered to be free and clear of existing liens, easements, restrictions, and encumbrances, except as stated. Further, HTAppraisal assumes there are no private deed restrictions affecting the property which would limit the use of the subject property in any way.

e. The appraisal report is based on the premise that there is full compliance with all applicable federal, state, and local environmental regulations and laws unless otherwise stated in the appraisal report; additionally, that all applicable zoning, building, and use regulations and restrictions of all types have been complied with unless otherwise stated in the appraisal report. Further, it is assumed that all required licenses, consents, permits, or other legislative or administrative authority, local, state, federal and/or private entity or organization have been or can be obtained or renewed for any use considered in the value opinion. Moreover, unless otherwise stated herein, it is assumed that there are no encroachments or violations of any zoning or other regulations affecting the subject property, that the utilization of the land and improvements is within the boundaries or property lines of the property described, and that there are no trespasses or encroachments.

f. The American Disabilities Act (ADA) became effective January 26, 1992. The Appraiser has not made a specific compliance survey or analysis of the property to determine whether or not it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property and a detailed analysis of the requirements of the ADA would reveal that the property is not in compliance with one or more of the requirements of the Act. If so, this fact could have a negative impact upon the value of the property. Since the Appraiser has no direct evidence relating to this issue, possible noncompliance with the requirements of ADA was not considered in estimating the value of the property.

g. No monetary liability or responsibility is assumed for conformity to specific governmental requirements, such as fire, building, safety, earthquake, or occupancy codes, except where specific professional or governmental inspections have been completed and reported in the appraisal report.

h. It is assumed the subject property is not adversely affected by the potential of floods; unless otherwise stated herein. Further, it is assumed all water and sewer facilities (existing and proposed) are or will be in good working order and are or will be of sufficient size to adequately serve any proposed buildings.

i. Unless otherwise stated within the appraisal report, the depiction of the physical condition of the improvements described therein is based on visual inspection. No monetary liability or responsibility is assumed for (a) the soundness of structural members since no engineering tests were conducted; (b) the condition of mechanical equipment, plumbing, or electrical components, as complete tests were not made; and (c) hidden, unapparent or masked property conditions or characteristics that were not clearly apparent during the Appraiser's inspection.

j. If building improvements are present on the site, it is assumed that no significant evidence of termite damage or infestation was observed during physical inspection, unless so stated in the appraisal report. Further, unless so stated in the appraisal report, no termite inspection report was available. No monetary liability or responsibility is assumed for hidden damages or infestation.

k. Unless subsoil opinions based upon engineering core borings were furnished, it is assumed there are no subsoil defects present, which would impair development of the land to its maximum permitted use or would render it more or less valuable. No monetary liability or responsibility is assumed for such conditions or for engineering which may be required to discover them.

l. HTAppraisal is not an expert in determining the presence or absence of hazardous substances, defined as all hazardous or toxic materials, wastes, pollutants or contaminants (including, but not limited to, asbestos, PCB, UFFI, or other raw materials or chemicals) used in construction or otherwise present on the property. HTAppraisal assumes no monetary liability or responsibility for the studies or analyses which would be required to determine the presence or absence of such substances or for loss as a result of the presence of such substances. The Appraiser is not qualified to detect such substances. The Client is urged to retain an expert in this field; however, Client retains such expert at Client's own discretion, and any costs and/or expenses associated with such retention are the responsibility of Client.

m. HTAppraisal is not an expert in determining the habitat for protected or endangered species, including, but not limited to, animal or plant life (such as bald eagles, gophers, tortoises, etc.) that may be present on the property. HTAppraisal assumes no monetary liability or responsibility for the studies or analyses which would be required to determine the presence or absence of such species or for loss as a result of the presence of such species. The Appraiser hereby reserves the right to alter, amend, revise, or rescind any of the value opinions contained within the appraisal report based upon any subsequent endangered species impact studies, research, and investigation that may be provided. However, it is assumed that no environmental impact studies were either requested or made in conjunction with this analysis, unless otherwise stated within the appraisal report.

2. If the Client instructions to the Appraiser were to inspect only the exterior of the improvements in the appraisal process, the physical attributes of the property were observed from the street(s) as of the inspection date of the appraisal. Physical characteristics of the property were obtained from tax assessment records, available plans, if any, descriptive information, and interviewing the client and other knowledgeable persons. It is assumed the interior of the subject property is consistent with the exterior conditions as observed and that other information relied upon is accurate.

3. The dollar amount of any value opinion herein rendered is based upon the purchasing power and price of the United States Dollar as of the effective date of value. This appraisal is based on market conditions existing as of the date of this appraisal.

4. The value opinions reported herein apply to the entire property. Any proration or division of the total into fractional interests will invalidate the value opinions, unless such proration or division of interests is set forth in the report. Any division of the land and improvement values stated herein is applicable only under the program of utilization shown. These separate valuations are invalidated by any other application.

## CERTIFICATION

Jon DiPietra, MAI certifies that to the best of his knowledge and belief that:

1. The statements of fact contained in this report are true and correct.
2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are our personal, impartial, and unbiased professional analyses, opinions, and conclusions.
3. I have no present or prospective interest in the property that is the subject of this report, and no personal interest with respect to the parties involved.
4. Jon DiPietra, MAI has not performed any services as an appraiser or in any other capacity regarding the subject property within the 3-year period immediately preceding the agreement to perform this assignment.
5. I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
6. The engagement in this assignment was not based on a requested minimum valuation, a specific valuation, or the approval of a loan.
7. The compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
8. My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
9. Colin Coghlan made a personal inspection the property that is the subject of this report. Colin Coghlan has extensive experience in the appraisal of similar properties.
10. No one provided any significant real property appraisal assistance to the person/s signing this certification.
11. The appraisal has been prepared in conformance with Title XI of the Financial Institutions Reform, Recovery and Enforcement Act (FIRREA), the Uniform Standards of Professional Appraisal Practice (USPAP) as promulgated by the Appraisal Standards Board of the Appraisal Foundation Standards of Professional Appraisal Practice of the Appraisal Institute.
12. The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.
13. As of the date of this report, Jon DiPietra, MAI has completed the continuing education program for Designated Members of the Appraisal Institute.
14. Jon DiPietra, MAI is duly certified to transact business as a General Real Estate Appraiser in the State of NJ.

Jon DiPietra, MAI
Executive Vice President
License #: 42RG00262700

# LETTER OF ENGAGEMENT

Docusign Envelope ID: 655504BF-E3E0-8A72-8162-A3E32EC0BF36

# APPRAISAL SERVICES ENGAGEMENT LETTER

Horvath & Tremblay
600 Market St, Suite 686
Lynnfield, MA 01940

September 2, 2026

Aron Landau

Re: Appraisal Service Agreement

Dear Mr. Landau:

Horvath & Tremblay ("Appraiser") agrees to provide an appraisal of the above-mentioned property according to the following terms. Please refer to the Appraisal Services Agreement and the Terms and Conditions, which are expressly incorporated herein by reference and made a part of this agreement. This Engagement Letter, the Appraisal Services Agreement and the Terms and Conditions shall be collectively referred to as "Agreement."

## 1. SPECIFICATIONS OF THE APPRAISAL

| | |
|---|---|
| **Subject Properties:** | ***1925 4th St***<br>*North Brunswick, NJ 08902* |
| **Property Type:** | *Industrial* |
| **Interest to be Valued:** | Leased Fee Interest |
| **Additional Property to be Valued:** | *None* |
| **Intended Use:** | *Financing* |
| **Intended User(s):** | *Client. Our identification of the intended user(s) of the appraisal is to determine the type and extent of research, analysis and reporting appropriate for the assignment. It is specifically not an acknowledgement or granting of permission by the Appraiser that such parties will or may rely on the appraisal.* |
| **Type of Value:** | *Market Value As Is* |
| **Date of Value:** | *Date of Appraiser's inspection, specific date to be stated in the report.* |
| **Hypothetical conditions, Special/Extraordinary assumptions:** | *None anticipated* |
| **Anticipated Scope of Work:** | Appraiser's anticipated scope of work for developing the appraisal will include: *Market Analysis, Asset Analysis, Sales Comparison Approach, Income Approach.* |
| **Report Option and Format:** | *Appraisal report* |
| **Delivery Date:** | *9/03/2026.* Our delivery of the report is contingent on timely receipt of information and documentation from Client and other parties. In the event of a delay beyond that date, we will inform Client promptly as soon as reasonably practicable. |

Docusign Envelope ID: 655504BF-E3E0-8A72-8162-A3E32EC0BF36

| | |
|---|---|
| **Appraiser's Interest In Subject Property or in Client or Other Involved Parties:** | We have no prior knowledge of any current or prospective interest in the subject property. |
| **Prior Services Regarding Subject Property (USPAP Disclosure):** | We have not performed any prior services regarding the subject property within the three-year period immediately preceding the date of this Agreement, as an appraiser or in any other capacity. |
| **Special Conditions:** | *None.* |
| **Appraisal Fee:** | *$2,000* |
| **Payment Terms:** | *Client shall pay 100% of appraisal fee upon acceptance of this Agreement. We will invoice Client upon completion.* |

2. **PROPERTY DOCUMENTATION:** Client agrees to provide Appraiser with the documentation required and requested by the Appraiser to complete the appraisal. See Attachment A for the property documentation requested by Appraiser to begin work on this engagement Client agrees to provide contact name and phone number for property access. Client agrees to provide a copy of sales contract if property is under contract for sale. Delays in Appraiser's receipt of requested documentation may result in Appraiser being unable to deliver the appraisal report on the delivery date stated above.

Client: Aron Landau

By: Signed by: Aron Landau ____________

Name: Aron Landau

Position: Owner

Dated: 9/2/2026

Appraiser: **Horvath & Tremblay**

By: Jon DiPietra

Name: Jon DiPietra

Position: Executive Vice President

Dated: 09/02/26

Billing Address (email or person/address to whom invoices should be sent):

5221 16th ave 2b
brooklyn ny 11204

Docusign Envelope ID: 655504BF-E3E0-8A72-8162-A3E32EC0BF36

# Attachment A

Documents which Appraiser will require prior to beginning work are listed as follows:

(1) A legal description of the subject property.
(2) An original survey of the subject property.
(3) A site plan for the development showing the location of all buildings.
(4) Commitment for Title Insurance
(5) Set of building plans, including site plan, floor plans, and elevations
(6) Operating expense history for the property for the last three (3) years, or an anticipated operating budget.
(7) Copies of all leases
(8) Rent roll or lease abstract
(9) A detailed breakdown of original construction costs for the building, including any recent additions.
(10) Copies of any environmental reports prepared on the subject property.
(11) Copies of any deed restrictions, landowner agreements, or development agreements affecting the use of the subject property.
(12) Copies of any special zoning ordinances or restrictions applicable to the subject property.
(13) Detailed information on acquisition including prior ownership, date acquired, price, terms of transaction, and any special conditions of sale. Include closing statement or contract of sale, if applicable.
(14) Copies or abstracts of any ground leases.
(15) Details of any major capital projects during the term of Client’s ownership.
(16) Name of person to contact for permission to enter and inspect the subject property.

# COMPARABLE SALES

# SALES COMPARABLE 1

34 Edgeboro Road
East Brunswick, NJ



| COMP | 1 |
|---|---|
| Property Address | 34 Edgeboro Road |
| Property City | East Brunswick |
| Property State | NJ |
| Property Zip Code | 08816 |
| Sale Price | $8,000,000 |
| Building SF | 9,694 |
| Sale Date | May 29, 2025 |
| Pro Forma Cap Rate | N/A |
| Buyer Company | 34 EDGEBORO OWNER LLC |
| Seller Company | 34 Edgeboro Road Llc |
| Amenities | N/A |
| Price Per SF | $825.25 |
| Property Type | Industrial |
| Secondary Type | None |
| Year Built | 1965 |
| Building Class | C |
| Land Area AC | 2 |
| Land Area SF | 87081 |
| Tenancy | Single |
| Percent Leased | 1 |
| Zoning | IM |
| Current asking Rent | N/A |
| Land to Building Ratio | 8.98 |

## SALES COMPARABLE 2

83 Gross Avenue
Edison, NJ



| COMP | 2 |
|---|---|
| Property Address | 83 Gross Avenue |
| Property City | Edison |
| Property State | NJ |
| Property Zip Code | 08837 |
| Sale Price | $5,200,000 |
| Building SF | 4,500 |
| Sale Date | December 11, 2024 |
| Pro Forma Cap Rate | N/A |
| Buyer Company | Dalfen Industrial |
| Seller Company | 83 Gross Holdings LLC |
| Amenities | N/A |
| Price Per SF | $1,155.56 |
| Property Type | Industrial |
| Secondary Type | None |
| Year Built | 1975 |
| Building Class | C |
| Land Area AC | 1.87 |
| Land Area SF | 81457 |
| Tenancy | Single |
| Percent Leased | 0 |
| Zoning | LI |
| Current asking Rent | N/A |
| Land to Building Ratio | 18.10 |

# SALES COMPARABLE 3

49 W Ferris Street
East Brunswick, NJ



| COMP | 3 |
|---|---|
| Property Address | 49 W Ferris Street |
| Property City | East Brunswick |
| Property State | NJ |
| Property Zip Code | 08816 |
| Sale Price | $10,625,000 |
| Building SF | 9,720 |
| Sale Date | November 15, 2024 |
| Pro Forma Cap Rate | N/A |
| Buyer Company | Slv Nj01 Realty Company Llc |
| Seller Company | Lto 49 West Ferris Llc |
| Amenities | N/A |
| Price Per SF | $1,093.11 |
| Property Type | Industrial |
| Secondary Type | None |
| Year Built | 1985 |
| Building Class | C |
| Land Area AC | 2.63 |
| Land Area SF | 114563 |
| Tenancy | Single |
| Percent Leased | 1 |
| Zoning | IM |
| Current asking Rent | N/A |
| Land to Building Ratio | 11.79 |

# LEASE COMPARABLES

## LEASE COMPARABLE 1

187 Wescott Avenue
Rahway, NJ



| COMP | 1 |
|---|---|
| Property Address | 187 Wescott Avenue |
| Property City | Rahway |
| Property State | NJ |
| Building SF | 10000 |
| Year Built | 1972 |
| SF Leased | 200 |
| Land to Building Ratio | 8.712 |
| Rent/SF/Land | $0.42 |
| SF Leased | 200 |
| Services | None |
| Rent Type | Modified Gross |
| Use | Industrial |
| Term | 5 years |
| Tenant | M3 Corp |
| Ceiling Height | 16' |

# LEASE COMPARABLE 2

210 Sanhican Drive
Trenton, NJ



| COMP | 2 |
|---|---|
| Property Address | 210 Sanhican Drive |
| Property City | Trenton |
| Property State | NJ |
| Building SF | 4732 |
| Year Built | 1942 |
| SF Leased | 1000 |
| Land to Building Ratio | 1.693364328 |
| Rent/SF/Land | $32.35 |
| SF Leased | 1000 |
| Services | None |
| Rent Type | NNN |
| Use | Industrial |
| Term | 5 years |
| Tenant | N/A |
| Ceiling Height | 12' |

# LEASE COMPARABLE 3

1220 17th Avenue
Wall, NJ



| COMP | 3 |
| --- | --- |
| Property Address | 1220 17th Avenue |
| Property City | Wall |
| Property State | NJ |
| Building SF | 1900 |
| Year Built | 1964 |
| SF Leased | 900 |
| Land to Building Ratio | 9.245263158 |
| Rent/SF/Land | $2.73 |
| SF Leased | 900 |
| Services | None |
| Rent Type | Modified Gross |
| Use | Industrial |
| Term | 5 years |
| Tenant | N/A |
| Ceiling Height | 11' |

H&T JON DIPIETRA, MAI



With 25 years of experience in real estate valuation and consulting, I have led teams and managed large-scale engagements, most recently overseeing a group of 40 professionals valuing a wide range of asset types on a national level. Throughout my career, I've built strong relationships with clients from local to institutional, while implementing management strategies to improve productivity. Known for thriving in production-driven environments, I'm looking forward to bringing my skills to help grow the appraisal and consulting business at Horvath & Tremblay.

## EXPERIENCE

**HORVATH & TREMBLAY**
Executive Vice President | Appraisal
2024

**BBG REAL ESTATE SERVICES**
Senior Managing Director
2007-2024

**SOVEREIGN BANK**
Assistant Vice President
2006-2007

**NEGLIA APPRAISALS**
Staff Appraiser
2004-2006

## SKILLS

- COMMUNICATION
- CREATIVITY
- MANAGEMENT
- SALES
- STRATEGY

## CONTACT

Phone | (646) 290-6877
Email | Jdipietra@htappraisal.com

## NOTABLE ENGAGEMENTS

**RETAIL:**
666 Fifth Avenue
Saks Fifth Avenue

**OFFICE:**
3CC
NY Times Building
WTC
Dumbo Heights

**RESIDENTIAL:**
Silver Towers
Domino Sugar
Pacific Park
Hallet's Point

**SPECIAL:**
Harlem River Yard
Pier A

## CERTIFIED GENERAL APPRAISER

NEW YORK | NEW JERSEY | CONNECTICUT | PENNSYLVANIA | MARYLAND | MASSACHUSETTS | NEW HAMPSHIRE | UTAH

# State Of New Jersey



State Of New Jersey
New Jersey Office of the Attorney General
Division of Consumer Affairs

THIS IS TO CERTIFY THAT THE
REAL ESTATE APPRAISERS BOARD

HAS CERTIFIED

Jon A. DiPietra
1575 Fox Hollow Lane
Apt D
Park City UT 84098

FOR PRACTICE IN NEW JERSEY AS A(N): Certified General Appraiser

01/30/2026 TO 12/31/2027
VALID

42RG00262700
LICENSE/REGISTRATION/CERTIFICATION #

Signature of Licensee/Registrant/Certificate Holder

ACTING DIRECTOR

PLEASE DETACH HERE

IF YOUR LICENSE REGISTRATION CERTIFICATE ID CARD IS LOST PLEASE NOTIFY:
REAL ESTATE APPRAISERS BOARD
PO BOX 45032
NEWARK, NJ 07101

PLEASE DETACH HERE



H&T

AUSTIN | BETHESDA | BOSTON | CHARLESTON | CHICAGO | FORT LAUDERDALE | FOXBOROUGH | JACKSONVILLE | MECHANICSBURG
MIAMI | MILWAUKEE | NEW YORK | OAK BROOK | PARK CITY | PHILADELPHIA | SADDLE BROOK | SHELTON | TAMPA | WASHINGTON D.C.