United States Bankruptcy Court
Eastern District of New York

In re:
1925 N Brunswick LLC
Debtor

Case No. 26-43382-jmm
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0207-1 | User: admin | Page 1 of 2
Date Rcvd: Sep 28, 2026 | Form ID: pdfall | Total Noticed: 7

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 1925 N Brunswick LLC, 443 E. 5th St., Brooklyn, NY 11218-4004 |
| 10732657 | + | EAST WILLI CAPITAL LLC, 1820 AVE. M, Suite 2301, Brooklyn, NY 11230-5347 |
| 10741691 | + | East Willi Capital LLC, 1545 Route 202 Suite 101, Pomona, NY 10970-2951 |
| 10739209 | + | East Willi Capital LLC, 1820 Avenue M, Brooklyn, New York 11230-5347 |
| 10764641 | + | East Willi Capital LLC, c/o William C. Buzzini, 1545 U.S. 202 Suite 101, Pomona New York 10970-2951 |
| 10739173 | + | Solomon Rosengarten, 2329 Nostrand Avenue, Brooklyn, NY 11210-3936 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BNCnotices@bblawpllc.com | Sep 28 2026 18:19:00 | East Willi Capital LLC, C/O Berkovitch & Bouskila, PLLC, 1545 Route 202 Suite 101, Pomona, NY 10970-2951 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Israel Schaya, c/o Forchelli Deegan Terrana LLP, 333 Earle Ovington Blvd., Suite 1010, Uniondale |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Ariel Bouskila | on behalf of Creditor East Willi Capital LLC ari@bblawpllc.com |
| John A Lentinello | on behalf of Defendant Roth & Company LLC jlentinello@milbermakris.com lbartick@milbermakris.com |
| John A Lentinello | on behalf of Cross-Claimant Abraham Roth jlentinello@milbermakris.com lbartick@milbermakris.com |
| John A Lentinello | on behalf of Defendant Abraham Roth jlentinello@milbermakris.com lbartick@milbermakris.com |
| John A Lentinello | on behalf of Cross-Claimant Roth & Company LLC jlentinello@milbermakris.com lbartick@milbermakris.com |
| Michael S Amato | on behalf of Defendant ISRAEL SCHAYA mamato@forchellilaw.com |
| Michael S Amato | on behalf of Interested Party Israel Schaya mamato@forchellilaw.com |
| Michael S Amato | on behalf of Cross Defendant ISRAEL SCHAYA mamato@forchellilaw.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| Solomon Rosengarten | on behalf of Debtor 1925 N Brunswick LLC VOKMA@aol.com |
| Solomon Rosengarten | on behalf of Plaintiff 1925 N BRUNSWICK LLC VOKMA@aol.com |
| William Charles Buzzini | on behalf of Creditor East Willi Capital LLC wbuzzini@bblawpllc.com |

TOTAL: 12

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

Chapter 11

1925 N Brunswick LLC,

Case No. 1-26-43382-jmm

Debtor.
-----------------------------------------------------------x

**ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

---

1925 N Brunswick LLC having filed a petition for reorganization under Chapter 11 of the Bankruptcy Code, it is hereby

**ORDERED**, pursuant to 11 U.S.C. § 105(d), that a Case Management Conference will be held before the Honorable Jil Mazer-Marino of the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Courtroom 3529, Brooklyn, New York 11201 on **November 4, 2026** at **10:00 a.m.**; and it is further

**ORDERED**, that the Case Management Conference may be held in person, by phone, or by videoconference. Regardless of whether you intend to appear in person, by phone, or by videoconference, those intending to appear at the conferences must register with eCourt Appearances no later than two (2) days prior to each conference. The phone number or video link for the hearing will be emailed only to those that register with eCourt Appearances in advance of the hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov; and it is further

**ORDERED**, that the Debtor, or an authorized representative of the Debtor, and counsel for the Debtor, shall be present at the Case Management Conference and shall be prepared to address the following matters:

- the nature of the Debtor's business and the reason for commencing this case;
- the Debtor's compliance with 11 U.S.C. §§ 1116(2), (3), (4), (5), (6) and (7);

- the Debtor's financial condition, including post-petition operations and revenue, debtor-in-possession financing, and the use of cash collateral;
- the status of the Debtor's applications to retain professionals;
- the status of the Debtor's application for an order to fix the last date for creditors to file proofs of claim;
- projected date for filing a plan of reorganization and disclosure statement;
- if this is a single asset real estate case, the Debtor's proposal for satisfying 11 U.S.C. §362(d)(3);
- significant motions and adversary proceedings anticipated by the Debtor; and
- the scheduling of additional Case Management Conferences;

and it is further

**ORDERED**, that the Debtor shall file with the Court, and serve upon the Office of the United States Trustee, monthly operating reports during the pendency of this case; that the operating reports shall be in the form prescribed by the Office of the United States Trustee's Operating Guidelines and Reporting Requirements for Debtors-in-Possession and Trustees for cases pending in this District; and that the operating reports shall be served and filed on or before the 20th day of the month following the reporting period, and it is further

**ORDERED**, to the extent applicable, the Debtor shall file with the Court, and serve on the Office of the United States Trustee, quarterly reports concerning entities the Debtor controls pursuant to Bankruptcy Rule 2015.3; and it is further

**ORDERED**, that unexcused failure to attend any Case Management Conference or to file timely monthly operating reports or related entity reports in compliance with this Order may constitute cause for conversion of this case to Chapter 7 or dismissal of this case pursuant to 11 U.S. C. § 1112, and it is further

**ORDERED**, that the Clerk of Court give notice of this Order to the Debtor, its counsel, the United States Trustee and all creditors and parties in interest.

**Dated: September 27, 2026**
**Brooklyn, New York**

Jil Mazer-Marino
Chief United States Bankruptcy Judge