UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re: Chapter 11

1925 N Brunswick, LLC, Case No. 26-43382-jmm

Debtor.
----------------------------------------------------------x

**ORDER RELATING TO THE AUTOMATIC STAY**

Upon the motion of Israel Schaya ("Movant" or "Schaya") for entry of an order: (i) that the automatic stay pursuant to 11 U.S.C. § 362 is not applicable to the pending Arbitration; or (ii) modifying the automatic stay pursuant to 11 U.S.C. § 362(d) to permit the pending Arbitration[1] to proceed (ECF Doc. No. 8) (the "Motion"); and the Court having entered the Order Scheduling a Hearing on the Motion and scheduled a hearing to be held on an expedited basis (ECF Doc. No. 10); and good and sufficient notice of the Motion and the hearing having been provided in accordance with the Order Scheduling Hearing; and no further notice being necessary; and hearings on the Motion having been held on July 29, 2026 and September 23, 2026 (the "Hearings"); and upon the prior Order Relating to the Automatic Stay dated August 9, 2026 (the "Prior Order", ECF Doc. No. 26) which is incorporated herein, it is

**ORDERED**, that either party may file a proceeding or motion in the appropriate jurisdiction(s) to confirm the Final Arbitration Award dated September 7, 2026 ***(the "Final Arbitration Award")*** and enter judgment upon it ***with respect to the Debtor*** ~~(the "Final Arbitration Award")~~ ***(JMM)***; and it is further

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

***ORDERED, that nothing herein grants relief from the automatic stay with respect Toyvation LLC in Case No. 26-43344-ESS, or precludes any creditor or party in interest from seeking relief in that case; and it is further (JMM)***

**ORDERED**, that neither party may enforce any judgment upon any decision(s) entered confirming or denying the Final Arbitration Award against property of the bankruptcy estate, or any other bankruptcy estate, pending further order of the Court; and it is further;

**ORDERED**, that a continued hearing on the Motion shall be held on November 4, 2026, at 1:00 p.m. ***in Courtroom 3529 at the United States Bankruptcy Court for the Eastern District of New York, , Conrad B. Duberstein Courthouse, 271-C Cadman Plaza East, Brooklyn, NY 11201-1800 (JMM)***; and it is further

**ORDERED**, that the parties are authorized, but not directed, to file any supplemental pleadings or documents relating to that portion of the Motion addressing whether: (i) the pending bankruptcy proceeding is an improper or bad faith filing; (ii) the Debtor has the requisite authority to file and prosecute this bankruptcy proceeding; and/or (iii) the case should be dismissed pursuant to 11 U.S.C. § 1112(b), **on or before October 21, 2026 at 4:00 p.m**.; and it is further

**ORDERED**, that any reply to such supplemental filing shall be filed on or before **October 28, 2026, at 4:00 p.m**.

Dated: October 7, 2026
Brooklyn, New York

Jil Mazer-Marino
Chief United States Bankruptcy Judge