**FORCHELLI DEEGAN TERRANA LLP**
333 Earle Ovington Boulevard, Suite 1010
Uniondale, New York 11553
Tel No. (516) 248-1700
Fax No. (516-750-6435
Gerard R. Luckman
Michael S. Amato

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In Re

1925 N BRUNSWICK LLC

Debtor,
-----------------------------------------------------X

Chapter 11

Case No. 26-43382-jmm

1925 N BRUNSWICK LLC,

Plaintiff,

-against-

ISRAEL SCHAYA, ABRAHAM ROTH and ROTH & COMPANY LLC,

Defendants.
-----------------------------------------------------X

**REPLY TO CROSSCLAIMS**

Adv. Proc. No. 26-01135-jmm

Defendant, ISRAEL SCHAYA ("SCHAYA"), by his attorneys, Forchelli Deegan Terrana LLP, answering the Crossclaims of Defendants, ABRAHAM ROTH and ROTH & COMPANY LLC d/b/a ROTH & CO. ("ROTH"), respectfully alleges as follows:

## ANSWERING AN ALLEGED FIRST CROSSCLAIM

1. Defendant SCHAYA denies the allegations contained in paragraph "1" of ROTH's answer.

2. Defendant SCHAYA denies the allegations contained in paragraph "2" of ROTH's answer.

**ANSWERING AN ALLEGED SECOND CROSSCLAIM**

3. With regard to paragraph numbered "3" of ROTHS's answer, Defendant SCHAYA repeats and reiterates each response to the allegations contained in each of the paragraphs of the complaint with the same force and effect as previously set forth at length.

4. Defendant SCHAYA denies the allegations contained in paragraph "4" of ROTH's answer.

**ANSWERING AN ALLEGED THIRD CROSSCLAIM**

5. With regard to paragraph numbered "5" of ROTHS's answer, Defendant SCHAYA repeats and reiterates each response to the allegations contained in each of the paragraphs of the complaint with the same force and effect as previously set forth at length.

6. Defendant SCHAYA denies the allegations contained in paragraph "6" of ROTH's answer.

7. Defendant SCHAYA denies the allegations contained in paragraph "9" of ROTH's answer.

REMAINDER OF PAGE INTENTIONALLY BLANK

**WHEREFORE,** it is respectfully requested that the Crossclaims be dismissed in its entirety and that Defendants be awarded: (a) the costs and disbursements of this action; and (b) judgment on its crossclaims against Defendants ABRAHAM ROTH and ROTH & COMPANY LLC d/b/a ROTH & CO.; and (c) such other and further relief as this Court deems just and proper.

Dated: Uniondale, New York
October 9, 2026

FORCHELLI DEEGAN TERRANA LLP

*/ s/ Michael S. Amato*
Gerard R. Luckman
Michael S. Amato
*Attorneys for Israel Schaya*
333 Earle Ovington Boulevard, Suite 1010
Uniondale, New York 11553
(516) 248-1700
gluckman@forchellilaw.com
mamato@forchellilaw.com