| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | 1925 N Brunswick LLC<br>Name | EIN: | 99−4126070 |
| United States Bankruptcy Court | Eastern District of New York | Date case filed for chapter: | 11 7/13/26 |
| Case number: | 1−26−43382−ess | | |

# NOTICE OF REASSIGNMENT OF CHAPTER 11 CASE

**NOTICE IS HEREBY GIVEN THAT:**

The above−captioned case has been reassigned to the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, pursuant to an order dated October 9, 2026.

Please take note of the new case number: **1−26−43382−ess .**

Dated: October 9, 2026

For the Court, Paul Dickson, Clerk of Court