# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 10/9/2026 |
| Case: 1−26−43382−ess | Form ID: 229 | Total: 12 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Solomon Rosengarten | VOKMA@aol.com |

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | 1925 N Brunswick LLC    443 E. 5th St.    Brooklyn, NY 11218 |
| smg | United States of America    Secretary of the Treasury    15th Street & Pennsylvania Ave. NW    Washington, DC 20220 |
| smg | NYS Unemployment Insurance    Attn: Insolvency Unit    Bldg. #12, Room 256    Albany, NY 12240 |
| smg | NYS Department of Taxation & Finance    Bankruptcy Unit    PO Box 5300    Albany, NY 12205 |
| smg | Internal Revenue Service    PO Box 7346    Philadelphia, PA 19101−7346 |
| smg | Office of the United States Trustee    Eastern District of NY (Brooklyn)    Alexander Hamilton Custom House    One Bowling Green, Room 510    New York, NY 10004−1408 |
| 10732657 | EAST WILLI CAPITAL LLC    1820 AVE. M, Suite 2301    Brooklyn, NY 11230 |
| 10741691 | East Willi Capital LLC    1545 Route 202 Suite 101    Pomona, NY 10970 |
| 10739209 | East Willi Capital LLC    1820 Avenue M    Brooklyn, New York 11230 |
| 10764641 | East Willi Capital LLC    c/o William C. Buzzini    1545 U.S. 202 Suite 101    Pomona New York 10970 |
| 10739173 | Solomon Rosengarten    2329 Nostrand Avenue    Brooklyn, NY 11210 |

TOTAL: 11