**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------x

In re: Case No. 26-43382-jmm

1925 N Brunswick LLC Chapter 11

Debtor.

------------------------------------------x

**AMENDED ORDER OF REASSIGNMENT**

**Whereas**, the above-captioned case having been initiated by the filing of a petition under Chapter 11 of Title 11 of the United States Code on July 13, 2026, and assigned to Bankruptcy Judge Jil Mazer-Marino, and

**Whereas**, it appears that this case is related to case number 26-43344-ess, Toyvation LLC, which case having been assigned to Bankruptcy Judge Elizabeth S. Stong, and

**Whereas**, in the interest of justice and proper case administration this case, and related adversary proceeding 26-1135-jmm, should be reassigned to Bankruptcy Judge Elizabeth S. Stong, it is

**ORDERED**, that this case be, and related adversary proceeding 23-1121-jtb, be, and hereby are, reassigned to Bankruptcy Judge Elizabeth S. Stong

**ORDERED**, that the Clerk of Court take all necessary steps to effectuate the reassignment of this case.

Dated: Brooklyn, New York
October 13, 2026

***s/Jil Mazer-Marino***
Jil Mazer-Marino
Chief U.S. Bankruptcy Judge