# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 10/16/2026 |
| Case: 1−26−43382−ess | Form ID: pdfall | Total: 13 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| aty | Ariel Bouskila | ari@bblawpllc.com |
| aty | Michael S Amato | mamato@forchellilaw.com |
| aty | Solomon Rosengarten | VOKMA@aol.com |
| aty | William Charles Buzzini | wbuzzini@bblawpllc.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | 1925 N Brunswick LLC 443 E. 5th St. Brooklyn, NY 11218 |
| intp | Israel Schaya c/o Forchelli Deegan Terrana LLP 333 Earle Ovington Blvd., Suite 1010 Uniondale |
| cr | East Willi Capital LLC C/O Berkovitch & Bouskila, PLLC 1545 Route 202 Suite 101 Pomona, NY 10970 |
| 10732657 | EAST WILLI CAPITAL LLC 1820 AVE. M, Suite 2301 Brooklyn, NY 11230 |
| 10741691 | East Willi Capital LLC 1545 Route 202 Suite 101 Pomona, NY 10970 |
| 10739209 | East Willi Capital LLC 1820 Avenue M Brooklyn, New York 11230 |
| 10764641 | East Willi Capital LLC c/o William C. Buzzini 1545 U.S. 202 Suite 101 Pomona New York 10970 |
| 10739173 | Solomon Rosengarten 2329 Nostrand Avenue Brooklyn, NY 11210 |

TOTAL: 8